# IN THE UNITED STATES DISTRICT COURT
## for the
# MIDDLE DISTRICT OF TENNESSEE

RECEIVED

APR 07 2023

U.S. District Court
Middle District of TN

NATHANIEL CARSON, pro se;

Plaintiff.

VS,

**03-23  0307**

Case No.: _____

CORECIVIC HQ; TROUSDALE
TURNER CORRECTIONAL
CENTER STAFF et al.; Martin Frink,
WARDEN; Jacqueline Norman, ASSOCIATE
WARDEN; "John" Jent, LIEUTENANT; and
TENNESSEE DEPARTMENT OF
CORRECTIONS;

Defendants.

---

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
## UNDER TITLE 42 U.S.C. SECTION 1983

Comes now the "Plaintiff" Nathaniel Carson, acting pro se, pursuant to the Federal Rules of Civil Procedure(s) in the interest of justice, and would respectfully submit this civil complaint as follows:

I. The Parties to this complaint

A. The Plaintiff:

Nathaniel Carson #300079

Trousdale Turner Correctional Center (hereinafter referred to as "TTC")

140 Macon Way; Hartsville, TN: 37074

## B. The Defendant(s):

Defendant No. 1
CoreCivic Headquarters located at 10 Burton Hills Blvd. in Nashville, TN; 37215 in its individual and official capacities.

Defendant No. 2
Trousdale Turner Correctional Center staff et. al. located at 140 Macon Way in Hartsville, TN; 37074 in both its individual and official capacities.

Defendant No. 3
Martin Frink, Warden, located at 140 Macon Way in Hartsville, TN; 37074 in both his individual and official capacities.

Defendant No. 4
Jacqueline Norman, Associate Warden, located at 140 Macon Way in Hartsville, TN; 37074 in both her individual and official capacities.

Defendant No. 5
"John" Jent, Lieutenant, located at 140 Macon Way in Hartsville, TN; 37074 in both his individual and official capacities.

Defendant No. 6
"Unknown Inmate(s)" located at 140 Macon Way in Hartsville, TN; 37074 in their individual capacities.

Defendant No. 7
Tennessee Department of Corrections (hereinafter referred to as "TDOC") located at 320 Sixth Ave., North; Rachel Jackson Building; 6th Floor; in Nashville, TN; 37243-1400 in both its individual and official capacities.

## II. Jurisdiction

This Honorable court has jurisdiction to hear all civil rights violation cases pursuant to section 1983 claims that allege the "deprivation of any rights, privileges, or immunities secured by the Constitution and [Federal laws]" by state or local officials under 42 U.S.C. § 1983. The cause of action occurred at the Trousdale Turner Correctional Center (hereinafter to be referred to as "TTCC") located in the Middle District of Tennessee at 140 Macon Way in Hartsville, TN; 37074. Therefore jurisdiction is lawfully established.

Section 1983 allows state or local officials to be found liable only when they ~~acted~~ have acted "under color of any statute, ordinance, regulation, custom, or usage of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. The Plaintiff is suing the Defendants under section 1983 for the violation of his State and Federal constitutional or statutory rights including, but not limited to, Tennessee Code Annotated sections 41-1-103 and 104, as well as, United States Constitutional Amendments one, five, eight and fourteen.

Had Defendants No. 1, 2, 3, 4, 5 and 7 acted respectively in accordance with their contractual duties, obligations and responsibilities, the Plaintiff would not have been injured and/or robbed by "Defendant(s) 6" of most of his personal property. Furthermore, had Defendants 1, 2, 3, 4, 5 and 7 acted respectively in accordance with their contractual duties, obligations and responsibilities after the fact, the Plaintiff would not have been subjected to the continuous damages of his financial and emotional well-being.

## III. Prisoner Status

The Plaintiff is a convicted and sentenced state prisoner serving a concurrent life sentence with the possibility of parole.

# IV. Statement(s) of Claim(s)

## A. Eighth Amendment violation(s)

(1.) The Plaintiff's initial Eighth Amendment claim(s) arises from the Defendant(s) (1-4) negligent acts occurring at the TTCC on September 4, 2022, that allowed for the Plaintiff to be attacked and robbed by Defendant(s) 6 in Plaintiff's assigned cell location of Unit BB-127 at approximately 1 p.m., which required Plaintiff to undergo immediate outside medical treatment.

(2.) The Plaintiff's subsequent Eighth Amendment claims are the continuational results of the former claim(s), only viewed from Plaintiff's treatment upon returning to TTCC from an outside hospital on September 5, 2022, as well as, the Plaintiff's duration of stay while in segregation Unit AA thereafter.

(a) Defendant No. 5 ~~request~~ neglected his duty to initiate an investigation into the attack and robbery on the Plaintiff, in lieu of, issuing a RCA (Refusing Cell Assignment) disciplinary report that placed the Plaintiff in segregation Unit AA;

(b) Defendant No. 4 failed in her duty to conduct and/or complete an exhaustive investigation into the attack and robbery on Plaintiff, or inform the Plaintiff of any conclusory determination(s);

(c) Defendant(s) 1-5 and 7 were all negligent in their duties by and for willfully ignoring any/all verbal and/or written request(s) for assistance and/or a resolution involving the Plaintiff's attack and robbery;

(d) Defendant(s) 2, 3 and 7 are all negligent in their duties to: ensure the delivery of Plaintiff's October 2022 clothing package; adequately resolve the issue concerning Plaintiff's missing and/or stolen clothing package; enforce TDOC policies and procedures;

(e) Defendant(s) 2, 3 and 7 are all responsible for the continuous deprivation of certain rights and/or privileges afforded by the United States Constitution, such as the rights to recreation time, access to grooming, cleaning, bedding and clothing, etc.

## B. Fifth Amendment Violation(s)

(1.) Defendant(s) 1, 2, and 3 are responsible for the Plaintiff's "right to protection from personal abuse, corporal punishment, personal injury, disease, property damage, or harassment" according to Chapter 5, #11 of the CoreCivic TTCC Inmate Rules and Regulations Handbook. The Plaintiff was attacked and robbed on September 4, 2022, because there was no TTCC staff present to intervene; Plaintiff submitted a "Lost Personal Property Claim (Form 14-D)" to the property coordinator on September 7, 2022; an "Incident Report (Form 5-1c)" to CoreCivic HQ on or about September 12, 2022; and multiple "Two Way Message" and/or "Inmate Request Forms" to TTCC administrators.

(2.) Defendant(s) 1, 2, 3 and 7 are responsible for the Plaintiff's missing and/or stolen clothing package that was purchased on July 26, 2022, from Plaintiff's inmate trust fund account, the withdrawal amount was $162.89.

The dereliction of duty(s) by the Defendant(s) to reconcile the Plaintiff's loss' deprived the Plaintiff of his way of "life, liberty[s], or property[s], without due process of law... without just compensation."

On March 1, 2023, the Plaintiff was issued a check from Access Secure Pak in the amount of $155.13, which was deposited into Plaintiff's trust fund account.

## C. First Amendment Violation(s)

On or about January 22, 2023, Plaintiff submitted a "Legal Library Request Form" for legal material(s) related to this complaint. On or about January 27, 2023, the Plaintiff filed a grievance pertaining to the inadequate legal library access to the courts. On February 20, 2023, Plaintiff submitted another "Legal Library Request Form" for Legal Materials. The Plaintiff has yet to hear back from anyone about either legal library requests and/or the grievance that was filed.

## Cause of Action

On September 4, 2022, at approximately 1:00 p.m., the Plaintiff seen an "unknown inmate" at the door of Plaintiff's assigned cell location in Unit BB-127. As the Plaintiff entered his darkened cell, the Plaintiff was hit on the left side of his face and knocked unconscious. When Plaintiff finally came to several hours later, the Plaintiff instantly became aware of his injuries and immediately sought out prison staff to inform about the incident. And once apprised of the urgent state of affairs, an unknown correctional officer told Plaintiff to go to the prison infirmary where medical personnel should be awaiting the Plaintiff.

At some point during Plaintiff's injury assessment by unknown medical staff, an unknown senior ranking correctional officer arrived to interview and/or document Plaintiff's injuries regarding the incident. Upon finishing his interview and/or documentation of Plaintiff and his injuries, the unknown senior ranking correctional officer determined that Plaintiff should be transported to Vanderbilt hospital in nearby Lebanon, TN for further medical treatment. Two (2) subordinate correctional officers, one later identified by Plaintiff as "c/o Plant", were eventually assigned to transport Plaintiff to and from the hospital.

The Plaintiff was returned to TTCC from the hospital on September 5, 2022, at approximately 1:00 a.m., and was suddenly approached by Defendant Lieutenant "John" Jent with an unreasonable ultimatum to either go back to the assigned housing location of the incident (i.e. Unit BB-127), or be placed in segregation Unit A pending a RCA (Refusal of Cell Assignment) disciplinary report. The Plaintiff attempted to negotiate alternative solutions, such as placement on PIN (Pending Investigation) status or temporary medical observation, but instead, hesitantly agreed to segregation Unit A out of fear.

During the mid-morning hours of September 5, 2022, while in segregation Unit AA-114, Defendant Associate Warden Jacqueline Norman requested for Plaintiff to be escorted from his cell and brought to a room near the entrance of Unit AA pod for an

initial one-on-one discussion about Plaintiff's incident. The Plaintiff recited the accounts of the incident as he previously did to the senior ranking correctional officer while in the prison infirmary. Defendant Associate Warden Jacqueline Norman assured the Plaintiff that she would investigate the matter further. On September 6, 2022, Defendant Associate Warden Jacqueline Norman returned to segregation Unit A, along with two(2) unknown senior correctional officers, and again requested the Plaintiff's presence in an office near the entrance of segregation Unit A. It was conveyed to the Plaintiff that video footage had been reviewed, and Plaintiff was then asked about the identity of the individual he was speaking to at Plaintiff's cell door. The Plaintiff responded that he did not personally know the inmate and asked was the inmate involved with the incident, to which it was stated that that was the purpose of the inquiry. The Plaintiff was then suggestively questioned about any gang affiliation(s) and/or drug usage that he may have, and also informed that he will be receiving a drug screening later that day. The Plaintiff was eventually returned back to his assigned cell location in segregation Unit AA-114, and administered a drug test, to which was determined negative. The Plaintiff was also visited by TTCC disciplinary official(s) and continued the disciplinary report hearing for "Incident ID:01548126", due to Defendant Associate Warden Jacqueline Norman's supposedly ongoing investigation.

     The Plaintiff filed his initial grievance outlining the substance of his incident on September 7, 2022, while in segregation Unit AA-114 pending a RCA (Refusal of Cell Assignment) disciplinary report continuation of "Incident ID:01548126", as well as a "Lost Personal Property Claim (Form 14-6D)" with the TTCC property coordinator. In between the days of September 12-14, 2022, the Plaintiff submitted a series of "Two Way Message(s)" to Defendant Associate Warden Jacqueline Norman concerning the status of her investigation; the TTCC property coordinator regarding a property claim reimbursement; and to the "Grievance Chairperson" regarding a "Level I response" to September 7th, 2022 grievance. On September 14, 2022, the Plaintiff was issued ~~received~~ another RCA (Refusal of Cell Assignment) disciplinary report (i.e. "Incident ID: 01549444"). And signed a continuation of disciplinary report hearing for "Incident ID:01549444" on September 16, 2022; submitted another "Two Way Message" to Defendant Associate Warden Jacqueline Norman for "Investigation update"; and a "Two Way Message" to the TTCC Disciplinary Chairperson for appeal documents for

"Incident ID: 01548126".

On September 19, 2022, the Plaintiff filed another grievance regarding the failure to move his Level I grievance, surrounding his attack and robbery, to the Level II status. On September 19, 2022, the Plaintiff was issued another RCA (Refusal of Cell Assignment) disciplinary report ("Incident ID: 01550075"). On September 22, 2022, the Plaintiff was found guilty, during a disciplinary hearing on "Incident ID: 01549444", of RCA (Refusal of Cell Assignment), and Defendants Associate Warden Jacqueline Norman and Lieutenant "John" Jent were denied as witnesses due to the determination that neither had "nothing to do with this incident 1549444 RCA." On September 30, 2022, Plaintiff mailed a completed "Incident Report (Form 5-1c)" to the CoreCivic Headquarters, detailing the accounts of his incident. On October 3, 2022, the Plaintiff submitted a "Two Way Message" request to the Disciplinary Board Chairperson regarding the appeal of "Incident ID: 1549444" and later received a different cellmate in Unit AA-114, who obviously displayed suicidal tendencies, that lead up to Plaintiff being subjected to the deployment of chemical agents by the hands of TTCC Lieutenant LaRoderick McDavid, who was coincidentally also the reporting officer in disciplinary report "Incident ID: 01549444" and/or hearing conducted on September 22, 2022. Plaintiff was then instructed to move to Unit AA-126.

On October 18, 2022, the Plaintiff was issued another RCA (Refusal of Cell Assignment) disciplinary report (i.e. "Incident ID: 01554366") by Lieutenant LaRoderick McDavid. On October 20, 2022, the Plaintiff submitted another grievance requesting that both, Level I and Level II, grievances about his attack and robbery be "moved" to the "next stage of the process" due to the expiration(s) of time limit(s) "without the required response[s]." On November 8, 2022, the Plaintiff was issued another RCA (Refusal of Cell Assignment) by Lieutenant LaRoderick McDavid (i.e. "Incident ID: 01557450"), to which Plaintiff pled guilty to on November 10, 2022. On December 1, 2022, Plaintiff was issued another RCA (Refusal of Cell Assignment) disciplinary report by a TTCC Sergeant Chasity Mitchell (i.e. "Incident ID: 01560518"). The Plaintiff filed a grievance on December 2, 2022, concerning the Eighth Amendment violation(s) described in this complaint. On December 28, 2022, Plaintiff was issued another RCA (Refusal of Cell Assignment) disciplinary report "Incident ID: 01564396" by Sergeant Chasity Mitchell, to which Plaintiff pled guilty to on December 30, 2022.

The Plaintiff was issued another disciplinary report (i.e. "Incident ID: 0156 7608") for a RCA (Refusal of Cell Assignment) by Lieutenant ~~LaRoderick~~ LaRoderick McDavid on January 21, 2023. Plaintiff submitted a "Two Way Message" to Defendant Associate Warden Jacqueline Norman requesting a transfer, as well as, to the TTCC Classification Coordinator Mrs. Crawford requesting the same on February 8, 2023. On February 13, 2023, the Plaintiff submitted three (3) additional "Two Way Message(s)" to TTCC Administration inquiring into the possible placement of Plaintiff on "Administrative Protective Custody" status; to the TTCC Classification Coordinator Mrs. Crawford, requesting a transfer; and to TTCC Trust Fund department requesting a six (6) month transaction print out to accompany this complaint. The Plaintiff was issued yet another disciplinary report on February 15, 2023, for RCA (Refusal of Cell Assignment) by Lieutenant LaRoderick McDavid (i.e. "Incident ID: 0157 0646"). On February 20, 2023, Plaintiff submitted another "Two Way Message", this time to the TTCC CMO (Contract Moniter of Operations) inquiring into either the Plaintiff's placement on Administrative Protective Custody status and/or a transfer. On February 27, 2023, the Plaintiff was released from segregation Unit AA-126 and placed in general population Unit BA-103.

The Plaintiff submitted a CR-2727 "Personal Withdrawal Request" form on July 20, 2022, to TTCC trust fund department for the purchase of an Access Securepak clothing package in the amount of $162.89. The monies for Plaintiff's order deducted on July 26, 2022, and mailed on August 4, 2022. Plaintiff was supposed to receive his ordered package sometime during the month of October, while placed in segregation Unit A. On November 1, 2022, Plaintiff filed his first grievance regarding the disappearance of his October package, and received no response. On November 11, 2022, Plaintiff submitted his second grievance regarding his missing package order, and also requested that the grievance be "moved" to the Level II stage of the process. On December 3, 2022, the Plaintiff received two (2) "Inappropriate Grievance Notification(s)" ~~that~~ that were both dated for November 21, 2022, and responding to both Levels I and II. The Plaintiff filed a third grievance with the Tennessee Department of Corrections on December 3, 2022, concerning the missing October package, as well as,

the multiple violation(s) of Tennessee Department of Corrections Inmate Grievance Procedures/Policies and U.S. Constitutional rights.

On March 8, 2023, Plaintiff submitted a "Two Way Message" request to Unit Manager Cherry seeking assistance with acquiring a "Notarized 6-mth. Trust printout" to accompany this complaint. On March 21, 2023, the Plaintiff submitted another "Two Way Message", as well as an "Inmate Request Form", to TTCC "Trust Fund Personnel" asking for a Notarized 6-month trust fund transaction printout to accompany this complaint.

The Plaintiff has been unable to obtain a notarized six month trust fund transaction to accompany this complaint through no fault of his own. In lieu of this fact, the Plaintiff has been able to piecemeal at least six previous months and calculate an average of $70 a month, with a current balance of $35 at the date of signing this complaint.

The Plaintiff would further submit that he has experienced continued neglect on the part of TTCC staff due to repeated lockdowns for unknown reasons, which leads to extended periods without access to showers, recreation, and/or legal material or assistance. The Defendant(s) are acting with impunity in their ongoing violation(s) of prisoner's United States Constitutional Rights.

# V. Injuries

The Plaintiff sustained a puncture wound to his upper-left bicep that required stitches; a bruised and/or blackened left eye; bruising on lower-left shin; and multiple bite wounds to the back left shoulder. In addition to receiving stitches, the Plaintiff also received a tetanus shot along with a full x-ray scan.

# VI. Relief Sought

The Plaintiff is requesting that this Honorable Court grant him the following relief and damages:

(1.) Jury trial; Leave to File an Amended Complaint (if necessary); Discovery; Leave to Proceed as an Indigent Person; a restraining order and/or a permanent injunction against CoreCivic, as a whole, and/or the Trousdale Turner Correctional Center specically, throughout the proceedings; and Compensation from:

(2.) CoreCivic HQ in the amount of $1,000,000.00 (one million dollars) for the actual and/or punitive damages that the Plaintiff endured at it's TTCC facility, as well as, its negligent ownership and operation of a hostile prison/correctional environment;

(3) Warden Martin Frink in the amount of $500,000.00 (Five Hundred Thousand dollars) for the actual and/or punitive damages that Plaintiff endured at the TTCC facility under his negligent care;

(4) Associate Warden Jacqueline Norman in the amount of $500,000.00 (Five Hundred Thousand dollars) for the actual and/or punitive damages that Plaintiff endured at the TTCC facility because of her negligent care;

(5) Lieutenant "John" Jent in the amount of $500,000.00 (Five Hundred Thousand dollars) for the actual and/or punitive damages that Plaintiff endured at the TTCC facility because of his negligent acts;

(6) Trousdale Turner Correctional Center staff et al. in the amount of $500,000.00 (Five Hundred Thousand dollars) for the actual and/or punitive damages endured by Plaintiff at the TTCC facility because of their negligent acts;

(7) "Unknown Inmate(s)" in the amount(s) of $25,000.00 (Twenty Five Thousand dollars) each for the actual and/or punitive damages endured by Plaintiff at the TTCC facility because of the assault and robbery committed; and the (8) Tennessee Department Of Corrections in the amount of $250,000.00 (Two Hundred Fifty Thousand dollars) for the actual and/or punitive damages endured by Plaintiff at the TTCC facility because of its negligent care.

The Plaintiff also request any reimbursement of filing fees, copy fees, postage fees, and/or court costs associated with this complaint, along with any reasonable attorney fees, from the Defendants should a settlement be reached or a judgement be entered against them. The Plaintiff would also request any additional relief be granted by this Honorable Court.

## VII. Exhaustion of Administrative Remedies

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "No action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other facility until such administrative remedies as are available are exhausted."

(A) The Plaintiff's claim(s) arose while confined at the Trousdale Turner Correctional Center at the time of the events underlying his claim(s).

(B) The TTCC has a grievance procedure.

(C) The Plaintiff's grievance(s) cover some or all of the claim(s) in this complaint, which include his First, Fifth, Eighth, and Fourteenth Amendments to the U.S. Constitution.

(D) The Plaintiff filed each grievance relating to the facts of this complaint at the TTCC

(E)

(1) All grievances where filed at the Trousdale Turner Correctional Center in Hartsville, TN 37074.

(2) The Plaintiff claimed: (a) an overarching negligence under the Eighth Amendment; the deprivation of property without due process under the Fifth Amendment; the denial of access to petition the government under the First Amendment; which (a) are all applicable under the Fourteenth Amendment of the United States Constitution.

(3) All of Plaintiff's grievances were deemed "inappropriate".

(4) All decisions were ~~appealed~~ appealed to the Tennessee Department of Corrections

(F) The Plaintiff also submitted a "Lost Personal Property Claim (Form 14-6D)"; two (2) "Incident Report (Form 5-1C)" to CoreCivic HQ; multiple "Information Request" and/or Two Way ~~Requests~~ Message (Form GS-0747)" to TTCC administration and staff members; and one (1) letter each to CoreCivic HQ and TDOC officials.

## VIII   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of Plaintiff's knowledge he has not had a case dismissed based on this "three strike rule".

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support of, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

(A.) I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Signature of Plaintiff: *Nathaniel Carson*
Printed Name of Plaintiff: Nathaniel Carson
Prison Identification #: 300079
Prison Address: 140 Macon Way; Hartsville, TN; 37074
Date of Signing: April 4, 2023

TENNESSEE DEPARTMENT OF CORRECTION
T O M I S
DISCIPLINARY REPORT

Ex A

OFFENDER NAME: CARSON, NATHANIEL
TOMIS ID: 00300079
INSTITUTION NAME: TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID: AA2
CELL ID: 20 114

INCIDENT
    INCIDENT ID: 01548126
        INCIDENT DATE: 09/05/2022          INCIDENT TIME: 01:30:00
        INCIDENT TYPE: REFUSED CELL ASSIGNMENT
        DISCIPLINARY CLASS:
        INFRACTION TYPE: REFUSED CELL ASSIGNMENT
        WEAPON USED: NONE
        VIOLENCE COMMITTED: NO VIOLENCE
        PREPARED BY STAFF ID: LAWRKA01
        REPORTED BY STAFF ID: LAWRKA01

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID: LAWRKA01
        PERSON TYPE: S
        INJURED (Y/N): N
    PERSON ID: 00300079
        PERSON TYPE: O
        INJURED (Y/N): N

SEGREGATION
    SEGREGATED BY: LAWRKA01
        START DATE: 09/05/2022          TIME: 01:50:00
        SCHEDULED END DATE: 09/08/2022  TIME: 01:50:00
        ACTUAL END DATE:                TIME:
        SEGREGATION TYPE: SEGREGATION PEND DISC. HEAR

$Ex \ \underline{A}$

TOMIS ID:  00300079        INCIDENT ID:  01548126
OFFENDER NAME:  CARSON, NATHANIEL

DESCRIPTION:
ON 9/5/2022 AT 0130 HOURS I LT.JENT GAVE INMATE CARSON NATHANIEL
TDOC#300079 VERBAL DIRECTIVES TO RETURN TO HIS ASSIGNED HOUSING UNIT
HE REFUSED. THEREFORE I LT JENT AM CHARGING THIS INMATE WITH REFUSING
CELL ASSIGNMENT. ENTERED BY OFFICER LAWRENCE DUE TO FACILITY NEEDS.

PREPARED BY STAFF ID:  LAWRKA01  LAWRENCE, KATRIKA
REPORTED BY STAFF ID:  LAWRKA01  LAWRENCE, KATRIKA

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____          _____
OFFENDER SIGNATURE                         DATE/TIME
CARSON, NATHANIEL                                   00300079

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____          _____
EMPLOYEE INITIALS, IF REPORTING            DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TENNESSEE DEPARTMENT OF CORRECTION
T O M I S
DISCIPLINARY REPORT

TOMIS ID:  00300079        INCIDENT ID:  01548126
OFFENDER NAME:  CARSON, NATHANIEL

_____        9/5/22
REPORTING OFFICIAL                           DATE/TIME

_____        9/5/22
PREPARED BY                                  DATE/TIME

_____        9/5/22
REVIEWING DESIGNATED SUPERVISOR              DATE/TIME

IF PLACED IN SEGREGATION:

_____        9/5/22
SENIOR SECURITY OFFICER                      DATE/TIME


_____        _____
WARDEN (SEGREGATION PENDING INVESTIGATION)   DATE/TIME

AP 114

## TENNESSEE DEPARTMENT OF CORRECTION
### DISCIPLINARY CONTINUATION

DATE: 9.6.22

DISCIPLINARY NUMBER: 0154824 RCA

NAME (LAST) (14 characters)
CARSON,

FIRST (10 characters)
Nathaniel

MI

EX B

OFFENDER NUMBER: 00300074

ATTACH TO: _____ BIO1DO26 _____ CR-1833 _____ CR-1834

Continued per Above mentioned offender and Approved by DHO to set-up for A hearing.

I/M will be Notified VIA In-House MAil

AWO Norman conducted the investigation

_____
Signature of Reporting Employee

9.6.22
Date

_____
Inmate Signature

9/6/22
Date

CR-1831 (7-01)

White-Institutional File          Canary & Pink-Inmate          RDA – 1167



# TENNESSEE DEPARTMENT OF CORRECTION
## <u>INMATE GRIEVANCE</u>

Nathaniel Carson     2nd 79     TTCC - AA
NAME           NUMBER          INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: On 9/1/22, some time between the late-shift noon and/or early-evening, I was brutally attacked and robbed in my designated cell location of Unit BB-122 by some unknown inmates.

REQUESTED SOLUTION: To be transferred to a safer facility; for all staff at Core + property at this institution to stop their retaliation for the filing of this grievance; fulate property list.

Nathaniel Carson                 9/2/22
Signature of Grievant                Date

===========================================================

### TO BE COMPLETED BY GRIEVANCE CLERK

_____     _____     _____
Grievance Number       Date Received        Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____ _____
           New Due Date           Signature of Grievant

===========================================================

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____     CHAIRPERSON: _____

Do you wish to appeal this response? _____ YES _____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____     _____     _____
       GRIEVANT            DATE           WITNESS

Distribution Upon Final Resolution:

     White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)            Page 1 of 2                 RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM: The injuries that I sustained during this attack required outside medical attention that resulted in multiple x-ray exams, stitches, and me receiving a "tetnes" shot. It is apparent that these kind of attacks are commonplace at this institution because every staff member that I spoke to after I was attacked assumed that I was either "stuff" assaulted and/or involved with drug usage and the attack was a direct result of my actions.

I attempted to comply and an attempt I submitted to the warden "to" request that he take this administrative keyword "in-house" that I directly to but I was given a call procedure. I specifically outlined the reason(s) for the request and was ignored. An institution and its staff are obligated by law to provide a safe and secure environment for the inmates in its care and to assist an inmate in any/every way possible in accomplishing this goal.

As a result of my unprovoked attack, coupled with the injuries that I sustained and the callous/careless response(s) that I received from this administration and its staff members. I do not feel safe and secure by its history and its apparent trend.

Per TTCC Rules and Regulations Handbook ch 5 (p. 30) substantiating it "[I] have the right to protection from personal abuse, corporal punishment, personal injury, disease, property damage, or harassment."

I have been subjected to the following violation of my rights to be protected from personal abuse, corporal punishment, personal injury, [and] property damages.

I am grieving the condition(s) of my treatment at this facility.

**TWO WAY MESSAGE**

Ex <u>D</u>

TO _A/W Norman_     FROM _N. Carson_
_#30009_
_AA-114_

SUBJECT: _Investigation status_     DATE _9/12/22_

This is my second request to speak with you since we
spoke last about my situation and I am beginning to feel
like I am being ignored, and my safety and well-being isn't
being taken seriously by this administration.

SIGNED
_Nathaniel Carson_

DATE:     SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

# TWO WAY MESSAGE

TO _Property Coordinator_  FROM _N. Carson_
_#300079_
_AA-114_

SUBJECT: _Property claim reimbursement_  DATE _9/12/22_

I am requesting the maximum monetary value of $50
for my stolen personal property. I was attacked and robbed
on 9/4/22 and filed a 14-6D with a "TTCC General Population
Allowable Personal Property Inventory List" on 9/9/22.

SIGNED _William Carson_

DATE:  SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

**TWO WAY MESSAGE** 

*Ex D*

TO ___A/W Norman___

FROM ___N. Carson___

___#300079___

___AA-114___

SUBJECT: ___Investigation status___      DATE ___9/14/22___

I am requesting that you come and pull me out.
so that we can discuss the status of my situation.

SIGNED ___Nathaniel Carson___

DATE: _____      SIGNED _____

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

**TWO WAY MESSAGE** 

Ex _C_

TO ___Grievance Chairperson___     FROM ___N. Carson___
___#300079___
___AA-114___

SUBJECT: _Level I response_     DATE _9/14/22_

I am requesting a "required response" for my grievance
filed on 9/9/22, or that my grievance be "moved" to the
next stage (Level II) of the process. Per TDOC policy # 501.01
(VI) (c) (1) and (D)

SIGNED _Nathaniel Carson_

DATE:     SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

OFFENDER NAME:  CARSON, NATHANIEL
TOMIS ID:  00300079
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  AA1
CELL ID:  14

INCIDENT
    INCIDENT ID:  01549444
        INCIDENT DATE:  09/14/2022            INCIDENT TIME:  15:00:00
        INCIDENT TYPE:  REFUSED CELL ASSIGNMENT
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  REFUSED CELL ASSIGNMENT
        WEAPON USED:  NONE
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  MCDALA04
        REPORTED BY STAFF ID:  MCDALA04

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  MCDALA04
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00103971
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00225652
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00243724
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00257219
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00277982
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00300079
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00303445
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00316000
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00317176
        PERSON TYPE:  O
        INJURED (Y/N):  N

TOMIS ID: 00300079       INCIDENT ID: 01549444
OFFENDER NAME: CARSON, NATHANIEL

DESCRIPTION:
ON 9/14/22 AT APPROXIMATELY 1500 HOURS, THE FOLLOWING OFFENDERS STATED
THAT THEY COULD NOT LIVE ON THE COMPOUND IN GENERAL POPULATION, HARRIS
KEPHART TDOC#103971, HESTER HARVEY TDOC 225652, ORICKS CHARLES TDOC#
243724, MANNESS TIMOTHY TDOC# 257219, WORTHY EDWARD TDOC# 277982,
CARSON NATHANIEL TDOC# 300079, HAMBY DARREN TDOC# 303445, JONES
CHRISTOPHER TDOC# 316000 AND MARTIN DAVID TDOC# 317176. THEREFORE IM
CHARGING THE SAID OFFENDERS WITH REFUSING CELL ASSIGNMENT

PREPARED BY STAFF ID: MCDALA04  MCDAVID, LARODERICK
REPORTED BY STAFF ID: MCDALA04  MCDAVID, LARODERICK

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

*Refused*                              *09/15/22*
_____                _____
OFFENDER SIGNATURE                     DATE/TIME
CARSON, NATHANIEL                              00300079

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

*JG*                                   *09/15/22*
_____                _____
EMPLOYEE INITIALS, IF REPORTING        DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TOMIS ID:  00300079        INCIDENT ID:  01549444
OFFENDER NAME:  CARSON, NATHANIEL

_Lt McDavid_
_____          _9/13/22 1700_
REPORTING OFFICIAL                     DATE/TIME

_Lt McDavid_
_____          _9/13/22 1700_
PREPARED BY                            DATE/TIME

_____          _9-14-2022 2251_
REVIEWING DESIGNATED SUPERVISOR        DATE/TIME

IF PLACED IN SEGREGATION:

_____          _9-14-2022 2251_
SENIOR SECURITY OFFICER                DATE/TIME


_____          _____
WARDEN (SEGREGATION PENDING INVESTIGATION)    DATE/TIME

AA114

TENNESSEE DEPARTMENT OF CORRECTION

DISCIPLINARY CONTINUATION

DATE: 9.16.22                    DISCIPLINARY NUMBER: 1549444

NAME (LAST) (14 characters)          FIRST (10 characters)          MI

Carson                               Nathaniel

OFFENDER NUMBER: 300079

ATTACH TO: _____ BIO1DO26 _____ CR-1833 _____ CR-1834

Continuation                         O

to Set-up        Carson

IIm has          wants        Mail.

                 copy of

                 write-up

Signature of Reporting Employee                    9.16.22
                                                   Date

Nathaniel Carson                                   9/10/22
Inmate Signature                                   Date

CR-1831 (7-01)          White-Institutional File          Canary & Pink-Inmate          RDA – 1167

**TWO WAY MESSAGE** 

Ex _D_

TO  A/W Norman

FROM  N. Carson

# 300079

AA-114

SUBJECT: Investigation update     DATE 9/16/22

Can you please come and speak to me privately about the status and/or conclusion of the investigation into my Sept. 4th, 2022 incident.

Thank you

SIGNED  _Nathaniel Carson_

DATE:

SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

# TWO WAY MESSAGE

TO _D-Board Chairperson_          FROM _N. Carson_
                                       _#300609_
                                       _AA-114_

SUBJECT: _D-Board Appeal Docs._          DATE _9/16/22_

I need a CR-1832 "Disciplinary Report Appeal Form", CR-1834 "Disciplinary Hearing Summary" and copy of "Incident Report" #01548126.

SIGNED _Nathaniel Carson_

DATE:                          SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

*at Lopez*

Nathaniel Carson     300079     TTCC – AA

NAME       NUMBER       INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: *The failure(s) to comply with the TDOC Grievance Procedures policy #501.01(VI)(C)(i), which states in part, that there "will" be a seven working-day time limit at Level 1 beginning on the* (cont.)

REQUESTED SOLUTION: *That the entire staff be retrained in security procedures, & take an inmate sensitivity program; for fear of further attacks from my assailants; and reprisal from staff for filing this grievance, a transfer to another institution.*

Nathaniel Carson       9/17/22

Signature of Grievant       Date

===================================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____    _____    _____

Grievance Number     Date Received     Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____    _____
New Due Date       Signature of Grievant

===================================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____     CHAIRPERSON: _____

Do you wish to appeal this response? _____ YES _____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____    _____    _____
GRIEVANT       DATE       WITNESS

Distribution Upon Final Resolution:

White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)       Page 1 of 2       RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**    **(continuation sheet)**

DESCRIPTION OF PROBLEM: day the grievance begins to be processed" now permits me the opportunity to move my orginally filed grievance filed and/or dated for 9/9/22 "... to the next stage of the process...) in accordance with policy #501.01(VI)(A) of the grievance procedures

The substance of this entire grievance derives from the negligent practice(s) and inherently dangerous prison conditions that resulted in an assault and robbery incident on 9/4/22 in my assigned cell location of Unit BB-127 that required me to need outside medical attention, because security personnel was not present and/or vigilant in their duties.

And to add insult to injury, the callous mistreatment that I received from the senior security officials that were on shift, as well as the administrative and/or investigative personnel afterwards, only furthered my suffering because I was questioned in such a manner that made me feel like I was somehow at fault for my own attack.

T.C.A § 41-1-104(b) plainly states that the "custody, welfare, conduct and safekeeping of the inmates shall be the responsibility of the warden, who will examine into the affairs of the institution daily to assure that proper standards are maintained."

Therefore, while we could agree that the lapse in security measures at this facility had a direct affect on my personal well-being, the blatant disregard demonstrated by the ranking officials involved created a sense of unaccountability that enabled the permanent loss of most of my personal property.

The very fact that I am forced to "move" this particular grievance to the Level II stage of the process because no "required response" was given within the "seven working-day time limit" is an indication that responsibilities are being neglected without fear of accountability.

```
BI01MGL              TENNESSEE DEPARTMENT OF CORRECTION   DATE: 09/19/2022
TTCC                        T O M I S                    TIME: 09:10
BATTNI04               DISCIPLINARY REPORT               PAGE:  01


OFFENDER NAME:  CARSON, NATHANIEL
TOMIS ID:  00300079
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  AA1
CELL ID:  14

INCIDENT
    INCIDENT ID:  01550075
        INCIDENT DATE:  09/19/2022          INCIDENT TIME:  08:30:00
        INCIDENT TYPE:  REFUSED CELL ASSIGNMENT
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  REFUSED CELL ASSIGNMENT
        WEAPON USED:  NONE
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  BATTNI04
        REPORTED BY STAFF ID:  BATTNI04

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  BATTNI04
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00127323
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00225652
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00243724
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00257219
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00286356
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00298879
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00300079
        PERSON TYPE:  O
        INJURED (Y/N):  N
```

```
TOMIS ID:  00300079        INCIDENT ID:  01550075
OFFENDER NAME:  CARSON, NATHANIEL
```

DESCRIPTION:
ON 9/19/2022 AT APPROXIMATELY 0830 HOURS I SENIOR CORRECTIONAL OFFICER
BATTEN WAS CONDUCTING KICKOUTS IN ALPHA UNIT. THE FOLLOWING INMATES
WERE GIVEN THE OPPORTUNITY TO MOVE TO THE COMPOUND AND REFUSED TO GO.
BAKER TDOC# 127323 HESTER TDOC# 225652 ORICKS TDOC# 243724 MANNESS
TDOC# 286356 KEY TDOC# 298879 CARSON TDOC# 300079. AS A RESULT I AM
CHARGING INMATES WITH REFUSAL OF CELL ASSIGNMENT.

PREPARED BY STAFF ID:  BATTNI04   BATTEN, NICHOLAS
REPORTED BY STAFF ID:  BATTNI04   BATTEN, NICHOLAS

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____          _____
OFFENDER SIGNATURE                        DATE/TIME
CARSON, NATHANIEL                            00300079

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____          _____
EMPLOYEE INITIALS, IF REPORTING           DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

```
TOMIS ID:  00300079      INCIDENT ID:  01550075
OFFENDER NAME:  CARSON, NATHANIEL
```

REPORTING OFFICIAL _____    9/19/22 _____
                                               DATE/TIME

PREPARED BY _____     9/19/22 _____
                                               DATE/TIME

REVIEWING DESIGNATED SUPERVISOR _____      9/19/22 _____
                                               DATE/TIME

IF PLACED IN SEGREGATION:

SENIOR SECURITY OFFICER _____      _____
                                               DATE/TIME

WARDEN (SEGREGATION PENDING INVESTIGATION) _____    _____
                                                     DATE/TIME



**TENNESSEE DEPARTMENT OF CORRECTION**

INMATE WITNESS REQUEST

INMATE NAME: _Nathaniel Carson_        TDOC NUMBER: _300079_

DISCIPLINARY REPORT NUMBER: _01550075 (01548126 and 01549444)_

I wish to have the following individual(s) testify at the disciplinary hearing of this matter:

1. a.  Name/~~TDOC Number~~: _Lt. Jent_

   b.  Brief summary of expected testimony: _I expect Lt. Jent to testify to the "incident that prompted" the disciplinary action initiation. TDOC policy #502.01(VI)(E)(3)_

   c.  Approved _____  Denied _X_  (If denied, state reasons for denial):
   _Nothing to do with this incident 1549444, was contacted._

2. a.  Name/~~TDOC Number~~: _A/W Norman_

   b.  Brief summary of expected testimony: _I expect A/W Norman to testify to the investigatorial process conducted that resulted in the disciplinary being charged. TDOC policy #502.01(VI)(G)(1-2)_

   c.  Approved _____  Denied _X_  (If denied, state reasons for denial):
   _Nothing to do with this incident 1549444 RCA, was contacted._

_Nathaniel Carson_
Inmate Signature

_300079_        _9/22/22_        _9:46 a.m._
TDOC Number        Date        Time

_9/22/22_        _1215_
Date        Time

Disciplinary Board Chairperson/Hearing Officer Signature

CR-3511 (Rev. 2-01)        **Duplicate as Needed**        RDA-2388
Original MIS Copy Institution



*I received on 12/8/22 @ 11:43 am in cell AA-126*

# TENNESSEE DEPARTMENT OF CORRECTION
## DISCIPLINARY REPORT HEARING SUMMARY

*TTCC/TAFMY*

INSTITUTION (TOMIS SITE ID)

**0154944Y**

DISCIPLINARY INCIDENT NUMBER

OFFENDER NUMBER: *00300079*

INMATE NAME (LAST) (14 characters): *CARSON*　　　FIRST (10 characters): *Nathaniel*　　MI

ADVISOR NUMBER: *00435854*

INMATE ADVISOR NAME (LAST) (14 characters): *Cole*　　　FIRST (10 characters): *Brian*　　MI

| DATE OF HEARING | | | TIME | PLACE OF HEARING INSTITUTION | INMATE'S PLEA | |
|---|---|---|---|---|---|---|
| MO *9* | DAY *22* | YEAR *22* | *1100* | *TTCC* | GUILTY – Y　NOT GUILTY – Ⓨ *N* | |

---

### COMMITTEE DECISION

GUILTY – Ⓨ　　NOT GUILTY – N　　　APPEALED – Ⓨ　　NOT APPEALED – N

*Y*　　　　　　　　　　　　　　　*Y*

**DISCIPLINARY ACTION DATE** (MONTH, DAY, YEAR): *9 . 22 . 22*

**CLASS OF INFRACTION** (A, B, or C): *B (RCA)*

**PROBATION END DATE** (MONTH, DAY, YEAR):

ENTERED BY *Dllaø2*　　DATE *9/22/22*　　VERIFIED BY　　DATE

---

## PRELIMINARY INQUIRY

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice.　☐ Yes　☒ No
   *N/A*　　　　Inmate Signature　　　Number *300079*　　Date *9 . 22 . 22*
   b. I agree to waive the right to have the reporting official present.　☐ Yes　☒ No
   *PRESENT*　　Inmate Signature　　　Number *300079*　　Date *9 . 22 . 22*
   c. I agree to waive the right to call witness (es) on my behalf.　☐ Yes　☒ No
   *N/A*　　　　Inmate Signature　　　Number *300079*　　Date *9 . 22 . 22*

2. **CONTINUANCE:**
   a. Was case previously continued?　☒ Yes　☐ No　　*9/10/22, T/m*
   b. If yes, when and at whose request?

3. **CUSTODY PENDING HEARING:**
   a. Was inmate held in segregation/more restrictive setting pending hearing?　☒ Yes　☐ No
   b. If yes, when was he/she placed in segregation?　*9 . 14 . 22*

4. **When was inmate given offense citation?**　*9 . 15 . 22*

5. **Is inmate represented by inmate advisor?**　☒ Yes　☐ No　　By staff advisor? ☐ Yes　☒ No

6. **Has inmate or inmate advisor had adequate time to prepare defense?**　☒ Yes　☐ No

Case 3:23-cv-00307　Document 1　Filed 04/07/23　Page 37 of 99 PageID #: 37

CR-1834 (Rev. 11-10)　　White-Institution　　Canary- Institution　　Pink-Inmate　　RDA – 1167
Page 1 of 2 Pages

INSTITUTION (TOMIS Site ID): *T T C C / A A 114*

DISCIPLINARY INCIDENT NUMBER: *0154 9444*

OFFENDER NAME: *Creson, Nathaniel*

TDOC NUMBER: *00300079*

**HEARING**

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

Inmate Signature: *N/A*          Date: *N/A*

**Attach CR3171  Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

---

Witness(es) for Offender

*Cole, #435854 (Advisor)*
*Young #312505 (Recorder)*

Written Statement(s) submitted: ☐ Yes  ☒ No

Witness(es) Against Offender

*Lt. McDavid (Reporting Official)*
*Written Statements*

Written Statement(s) submitted: ☒ Yes  ☐ No
Form CR3510 completed: ☐ Yes  ☒ No
Form CR3510 received by disciplinary board: ☐ Yes  ☒ No

OTHERS PRESENT:
*Disciplinary Hearing Officer (DHO): Sgt. Dillon*

STATEMENT OF ACCUSED: *Offender pleads Not Guilty to the charge of Refused Cell Assignment (RCA).*

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results)
INTERNAL AFFAIRS REPORT AVAILABLE: ☐ Yes  ☒ No
*Written Statement / Reports*

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS: *Offender was found guilty due to the preponderance of evidence, Written Statement / Reports*

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION: *Class B*
*$2. Fine, 9 Months Package Restriction, 20 Days Punitive 9 Months Commissary Loss -*

RECOMMENDATION OF LOSS OF:
Good/Honor Time ☐        Good Conduct ☐
Incentive Time ☐         Prisoner Performance Sentence Credits (PPSC) ☐
Prisoner Sentence Reduction Credits (PSRC) ☐

(Amount) _____
(Amount) _____
(Amount) _____

Disciplinary Board Chairperson/Hearing Officer Signature: *[signature]*          Date: *9/22/22*

Member _____          Date _____

Member _____          Date _____



ATTIV 1

TENNESSEE DEPARTMENT OF CORRECTION

D I S C I P L I N A R Y   C O N T I N U A T I O N

DATE: 9. 22. 22

DISCIPLINARY NUMBER: 0154944 RCA

NAME (LAST) (14 characters)
CARSON

FIRST (10 characters)
Nathaniel

MI

OFFENDER NUMBER: 00300079

ATTACH TO: _____ BIO1DO26 _____ CR-1833 __X__ CR-1834

*HEARING NOTES*

F/m to R/o: Are there any paper work about the outcome of my Investigation.

R/o: I was not aware of an investigation.

F/m to R/o: Don't they got to do an investigation before I can't put back need.

R/o: Only if you are going on PC or but you are back here for refusing a cell and not P.C. or PC.

DHO: If you want to go PoC then there is a procedure to go by, (She went on explaining the procedure).

Advisor to R/o: Did you ask him to go to the compound?

R/o: I made an announcement upon entering in Pod.

Advisor Cole did not make a final statement.

Offender CARSON's final statement: ** I am not guilty because I shouldn't be here. I was assaulted and should be on PoC.

DHO to F/m: Where was you assaulted?

F/m: 313/27

End of Hearing

Signature of Reporting Employee

9/22/22
Date

Inmate Signature                                    Date

CR-1831 (7-01)          White-Institutional File          Canary & Pink-Inmate          RDA – 1167

AA114

# TENNESSEE DEPARTMENT OF CORRECTION
## D I S C I P L I N A R Y   C O N T I N U A T I O N

DATE: 9, 16, 22

DISCIPLINARY NUMBER: 1549444

NAME (LAST) (14 characters)
Carson

FIRST (10 characters)
Nathaniel

MI

OFFENDER NUMBER: 300079

ATTACH TO: _____ BIO1DO26 _____ CR-1833 _____ CR-1834

Continuation per D.H.O
to Set-up For Hearing.
Inm has been notified via Mail.

G
RCA
20 days
2mc

Signature of Reporting Employee

Nathan Carson
Inmate Signature

9, 16, 22
Date

9/10/22
Date

CR-1831 (7-01)

White-Institutional File      Canary & Pink-Inmate

RDA – 1167

OFFENDER NAME:  CARSON, NATHANIEL
TOMIS ID:  00300079
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  AA1
CELL ID:  14

INCIDENT
    INCIDENT ID:  01549444
        INCIDENT DATE:  09/14/2022          INCIDENT TIME:  15:00:00
        INCIDENT TYPE:  REFUSED CELL ASSIGNMENT
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  REFUSED CELL ASSIGNMENT
        WEAPON USED:  NONE
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  MCDALA04
        REPORTED BY STAFF ID:  MCDALA04

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  MCDALA04
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00103971
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00225652
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00243724
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00257219
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00277982
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00300079
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00303445
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00316000
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00317176
        PERSON TYPE:  O
        INJURED (Y/N):  N

TOMIS ID:  00300079      INCIDENT ID:  01549444
OFFENDER NAME:  CARSON, NATHANIEL

DESCRIPTION:
ON 9/14/22 AT APPROXIMATELY 1500 HOURS, THE FOLLOWING OFFENDERS STATED
THAT THEY COULD NOT LIVE ON THE COMPOUND IN GENERAL POPULATION, HARRIS
KEPHART TDOC#103971, HESTER HARVEY TDOC 225652, ORICKS CHARLES TDOC#
243724, MANNESS TIMOTHY TDOC# 257219, WORTHY EDWARD TDOC# 277982,
CARSON NATHANIEL TDOC# 300079, HAMBY DARREN TDOC# 303445, JONES
CHRISTOPHER TDOC# 316000 AND MARTIN DAVID TDOC# ·317176. THEREFORE IM
CHARGING THE SAID OFFENDERS WITH REFUSING CELL ASSIGNMENT

PREPARED BY STAFF ID:  MCDALA04  MCDAVID, LARODERICK
REPORTED BY STAFF ID:  MCDALA04  MCDAVID, LARODERICK

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_Refused_                              _09/15/22_
OFFENDER SIGNATURE                     DATE/TIME
CARSON, NATHANIEL                             00300079

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_JG_                                   _09/15/22_
EMPLOYEE INITIALS, IF REPORTING        DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TOMIS ID:  00300079        INCIDENT ID:  01549444
OFFENDER NAME:  CARSON, NATHANIEL

Lt McDavid
_____
REPORTING OFFICIAL

9/13/22 1700
_____
DATE/TIME

Lt McDavid
_____
PREPARED BY

9/13/22 1700
_____
DATE/TIME

_____
REVIEWING DESIGNATED SUPERVISOR

9-14-2022 2651
_____
DATE/TIME

IF PLACED IN SEGREGATION:

_____
SENIOR SECURITY OFFICER

9-14-2022 2251
_____
DATE/TIME

_____
WARDEN (SEGREGATION PENDING INVESTIGATION)

_____
DATE/TIME



# TENNESSEE DEPARTMENT OF CORRECTION
## TRUST FUND ACCOUNT
### PERSONAL WITHDRAWAL REQUEST

$ 4,00

TTC
_____
INSTITUTION

DATE: 9, 22, 22

PLEASE DEDUCT THE FOLLOWING AMOUNT FROM MY ACCOUNT:

Four 00/100 _____ DOLLARS

THIS CHECK IS TO BE MAILED TO:

N Gen Fund

NAME

STREET ADDRESS

CITY, STATE, ZIP

THE PURPOSE OF THIS WITHDRAWAL IS: #

Class "B" · RCA # 1549444

Refused

INMATE SIGNATURE

# 3000 79 / Jacson

TDOC ID

Building: AA

Room #: 114

WITNESSED: St C

APPROVED: ☐ YES  ☐ NO

REASON FOR DENIAL:

_____
WARDEN / SUPERINTENDENT / DIRECTOR / DESIGNEE

9/23/22
DATE

CR-2727 (Rev. 9-19)          Duplicate As Needed

# TWO WAY MESSAGE

TO _D-Board Chairperson_   FROM _N. Carson_
_# 300079_
_AA-114_

SUBJECT: _Appeal of #1549444_   DATE _10/3/22_

I need the appellate paperwork for Incident #1549444.
I have already received the IU withdrawal on 9/23/22
and I only have 14 days to appeal.

SIGNED _Nathan N Carson_

DATE:   SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

BI01MGL             TENNESSEE DEPARTMENT OF CORRECTION    DATE: 10/18/2022
TTCC                      T O M I S               TIME: 11:22
MCDALA04             DISCIPLINARY REPORT         PAGE: 01

OFFENDER NAME:  CARSON, NATHANIEL
TOMIS ID:  00300079
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  AA1
CELL ID:  26

INCIDENT
    INCIDENT ID:  01554366
       INCIDENT DATE:  10/18/2022          INCIDENT TIME:  11:00:00
       INCIDENT TYPE:  REFUSED CELL ASSIGNMENT
       DISCIPLINARY CLASS:
       INFRACTION TYPE:  REFUSED CELL ASSIGNMENT
       WEAPON USED:  NONE
       VIOLENCE COMMITTED:  NO VIOLENCE
       PREPARED BY STAFF ID:  MCDALA04
       REPORTED BY STAFF ID:  MCDALA04

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  MCDALA04
       PERSON TYPE:  S
       INJURED (Y/N):  N
    PERSON ID:  00257219
       PERSON TYPE:  O
       INJURED (Y/N):  N
    PERSON ID:  00298854
       PERSON TYPE:  O
       INJURED (Y/N):  N
    PERSON ID:  00299706
       PERSON TYPE:  O
       INJURED (Y/N):  N
    PERSON ID:  00300079
       PERSON TYPE:  O
       INJURED (Y/N):  N
    PERSON ID:  00312335
       PERSON TYPE:  O
       INJURED (Y/N):  N
    PERSON ID:  00317176
       PERSON TYPE:  O
       INJURED (Y/N):  N
    PERSON ID:  00325037
       PERSON TYPE:  O
       INJURED (Y/N):  N
    PERSON ID:  00330740
       PERSON TYPE:  O
       INJURED (Y/N):  N
    PERSON ID:  00337278
       PERSON TYPE:  O
       INJURED (Y/N):  N
    PERSON ID:  00346500
       PERSON TYPE:  O
       INJURED (Y/N):  N

TOMIS ID:  00300079        INCIDENT ID:  01554366
OFFENDER NAME:  CARSON, NATHANIEL

DESCRIPTION:
ON 10/18/22 AT APPROXIMATELY 1100 HOURS, THE FOLLOWING INMATES STATED
THAT THEY COULD NOT LIVE ON THE COMPOUND IN GENERAL POPULATION.
MANNESS TDOC#257219, FRAZIER TDOC#298854, ASBRIDGE TDOC#299706, CARSON
TDOC#300079, KNIGHT TDOC#312335, MARTIN TDOC#317176, GLOVER
TDOC#325037, SPENCER TDOC#330740, MURPHY TDOC#337278 AND BRADEN
TDOC#346500. THEREFORE I AM CHARGING THE SAID INMATES WITH REFUSING
CELL ASSIGNMENT.

PREPARED BY STAFF ID:  MCDALA04  MCDAVID, LARODERICK
REPORTED BY STAFF ID:  MCDALA04  MCDAVID, LARODERICK

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.


_____              _____
OFFENDER SIGNATURE                            DATE/TIME
CARSON, NATHANIEL                                 00300079

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.


_____              _____
EMPLOYEE INITIALS, IF REPORTING               DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

BI01MGL
TTCC
MCDALA04

TENNESSEE DEPARTMENT OF CORRECTION
T O M I S
DISCIPLINARY REPORT

DATE: 10/18/2022
TIME: 11:22
PAGE: 03

TOMIS ID: 00300079     INCIDENT ID: 01554366
OFFENDER NAME: CARSON, NATHANIEL

_Lt  M√Pa_ _____     _10/16/h2_ _____
REPORTING OFFICIAL                         DATE/TIME

_Lt  M√Pa_ _____     _10/16/h1_ _____
PREPARED BY                                DATE/TIME

_Wm Futrell_ _____     _10/18/22  1503_ ____
REVIEWING DESIGNATED SUPERVISOR            DATE/TIME

IF PLACED IN SEGREGATION:

_____     _____
SENIOR SECURITY OFFICER                    DATE/TIME

_____     _____
WARDEN (SEGREGATION PENDING INVESTIGATION)  DATE/TIME



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

Name: _Nathaniel Carson_   Number: _300009_   Institution & Unit: _TTCC-AA_

DESCRIPTION OF PROBLEM: _In accordance with TDOC grievance policy #501.01 (VI)(D), I wish to move this "grievance to the next stage of the process" because the time limits have expired on both_ (cont.)

REQUESTED SOLUTION: _That I be immediately transferred to a safer prison while a proper investigation is conducted; that incompatibles be put on my assailant(s); That I remain free of reprisal for grieving._

Signature of Grievant: _Nathaniel Carson_   Date: _10/20/22_

===========================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____   _____   _____
Grievance Number         Date Received          Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____
                        New Due Date                    Signature of Grievant

===========================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____   CHAIRPERSON: _____

Do you wish to appeal this response? _____ YES   _____ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____   _____   _____
      GRIEVANT                 DATE                  WITNESS

Distribution Upon Final Resolution:

White – Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)                                Page 1 of 2                                RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**  (continuation sheet)

DESCRIPTION OF PROBLEM: previous stages "without the required response[s]." The orgins of this grievance stem from a September 4, 2022 attack that I endured in between the hours of 1pm and 7:30 pm in my assigned cell of Unit BB-127. My injuries were severe enough to require outside medical attention at Vanderbilt hospital in Lebanon, TN where I received stitches, x-rays, and a tetanus shot injection. During the assault, most of my personal property was also stolen as well.

I filed an initial grievance on 9/7/22, while in segregation Unit AA-141, complaining about the lapse of security measures that led up to the failure to protect me and my personal property, as well as, the negligent treatment that I received by Lt. Sent and later AW Norman afterwards. I did not receive the "seven working-day" required response pursuant to TDOC policy # 501.01(VI)(c)(1), which is Level I.

I filed my Level II grievance, according to TDoc policy # 501.01 (VI)(D), on 9/12/22, outlining the conditions and/or incidents previously stated on Level I and still did not receive "the required response" provided for in/by TDoc policy # 501.01(VI)(c)(1).

Due to the multiple breaches leading up to my assault and robbery, combined with the multiple acts of indifferences expressed afterwards by senior officials nonetheless it is no surprise that neither of my prior grievances received "the required response[s]." A "51C Incident Report" was also mailed to core Civic HQ on September 30, 2022, describing the above-stated events that occurred.

I am forced to resume my life in perpetual fear because no one has been held responsible for my assault and robbery, to the best of my knowledge at least.

```
OFFENDER NAME:  CARSON, NATHANIEL
TOMIS ID:  00300079
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID: AA1
CELL ID:  26

INCIDENT
    INCIDENT ID: 01557450
        INCIDENT DATE:  11/08/2022            INCIDENT TIME:  11:00:00
        INCIDENT TYPE:  REFUSED CELL ASSIGNMENT
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  REFUSED CELL ASSIGNMENT
        WEAPON USED:  NONE
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  MCDALA04
        REPORTED BY STAFF ID:  MCDALA04

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  MCDALA04
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00273024
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00277028
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00300079
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00361313
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00365963
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00388558
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00395501
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00419810
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00427701
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00448807
        PERSON TYPE:  O
        INJURED (Y/N):  N
```

```
TOMIS ID:  00300079       INCIDENT ID:  01557450
OFFENDER NAME:  CARSON, NATHANIEL
```

DESCRIPTION:
 ON 11/8/22 AT APPROXIMATELY 1100 HOURS THE FOLLOWING INMATES STATED
 THAT THEY COULD NOT LIVE ON THE COMPOUND IN GENERAL POPULATION. HOWARD
 TDOC#273024, HOWARD TDOC#277028, CARSON TDOC#300079, SHARP
 TDOC#361313, PRATHER TDOC#365963, KING TDOC#388558, SEAVOLT
 TDOC#395501, XAYYASITH TDOC#419810, COPE TDOC#427701 AND DORSETT
 TDOC#448807. THEREFORE I AM CHARGING THE SAID INMATES WITH REFUSING
 CELL ASSIGNMENT.

```
PREPARED BY STAFF ID:  MCDALA04  MCDAVID, LARODERICK
REPORTED BY STAFF ID:  MCDALA04  MCDAVID, LARODERICK
```

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____          _____
OFFENDER SIGNATURE                        DATE/TIME
CARSON, NATHANIEL                                   00300079

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____          _____
EMPLOYEE INITIALS, IF REPORTING           DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TOMIS ID:  00300079       INCIDENT ID:  01557450
OFFENDER NAME:  CARSON, NATHANIEL

_Lt   McDavid_                              _11/6/22_
REPORTING OFFICIAL                              DATE/TIME

_Lt   McDavid_                              _11/6/22_
PREPARED BY                                     DATE/TIME

_[signature]_                               _11/9/22   0900_
REVIEWING DESIGNATED SUPERVISOR                 DATE/TIME

IF PLACED IN SEGREGATION:


_____        _____
SENIOR SECURITY OFFICER                      DATE/TIME


_____        _____
WARDEN (SEGREGATION PENDING INVESTIGATION)   DATE/TIME

AA124

## TENNESSEE DEPARTMENT OF CORRECTIONS
## AGREEMENT TO PLEAD GUILTY
## AND
## WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

Inmate Name: _CARSON, Nathaniel_    TDOC Number: _0030007_

Having been in violation of the rules as follows:

Disciplinary Docket Number: _0155 7450_

Offenses and Category: _____ REFUSED CELL ASSIGNMENT _____

CLASS B, $4 FINE, 20 DAYS PUNITIVE SEG, 2 MONTHS COMMISSARY RESTRICTION

9 MONTH PACKAGE RESTRICTION

I admit I violated the above listed rule(s) and agree to plead guity and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

    1 The right to personally appear before the disciplinary board.
    2 The right to plead not guilty and to have the case against me proven by a
       proponderance of evidence.
    3 The right to present my own version of the facts.
    4 The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

| | |
|---|---|
| Inmate Signature | 11/10/22 Date |
| Staff Witness | 11.10.22 Date |
| Disciplinary Board Chairperson | 11.10.22  11/10/22 Date |

TENNESSEE DEPARTMENT OF CORRECTION
DISCIPLINARY REPORT HEARING SUMMARY



TTCC / AA 126
INSTUTION(Toms Site ID)

Disciplinary Incident Number

| OFFENDER NUMBER: | # 00300079 | | |
|---|---|---|---|
| INMATE NAME (LAST) (14 characters) | FIRST (10 characters) | | MI |
| CARSON | Nathaniel | | |
| ADVISOR NUMBER: | 435854 | | |
| INMATE ADVISOR NAME (LAST) (14 characters) | FIRST (10 characters) | | MI |
| COLE | BRIAN | | |

| DATE OF HEARING | | | | PLACE OF HEARING INSTITUTION | INMATE'S PLEA | |
|---|---|---|---|---|---|---|
| MO | DAY | YEAR | TIME | TTCC | GUILTY-Y | NOT GUILTY-N |
| 11 | 10 | 22 | 1320 | | | Y |

## COMMITTEE DECISION

GUILTY-Y        NOT GUILTY-N        APPEALED-Y        NOT APPEALED-N

Y                                    N

| DISCIPLINARY ACTION DATE (MONTH,DATE,YEAR) | CLASS OF INFRACTION (A,B,or C) | PROBATION END DATE (MONTH,DATE,YEAR) |
|---|---|---|
| 11 a 8 a 22 | B (RCA) | |
| ENTERED BY Dillard | 11 10 22 VERIFIED BY | DATE |
| | DATE | |

PRELIMINARY INQUIRY

1 WAIVERS

a.  I agree to waive the right to 24-hour notice.  [X] Yes  [ ] No
INMATE PLED GUILTY AND SIGNED CR-3171
_____       N/A            N/A
Inmate Signature               Number          Date

b.  I agree to waive the right to the reporting offical present.  [X] Yes  [ ] No
INMATE PLED GUILTY AND SIGNED CR-3171
_____       N/A            N/A
Inmate Signature               Number          Date

c.  I agree to waive the right to call witness(es) on my behalf.  [X] Yes  [ ] No
INMATE PLED GUILTY AND SIGNED CR-3171
_____       N/A            N/A
Inmate Signature               Number          Date

2 CONTINUANCE
a.    Was case previously continued?  [ ] Yes  [X] No
b.    If yes, when and at whose request?

3 CUSTODY PENDING HEARING
a.    Was inmate held in segregation/more restrictive setting pending hearing?  [X] Yes  [ ] No
b.    If yes, when was he placed in segregation?  11.8.22

4 When was inmate given offense citation?  11.9.22

5 Is inmate represented by inmate advisor?  [X] Yes  [ ] No   Staff advisor [ ] Yes  [X] No

6 Has inmate or inmates advisor had adequate time to prepare defense?  [X] Yes  [ ] No

INSTITUTION (TOMIS SITE ID): TTCC /AA126

DISCIPLINARY INCIDENT NUMBER: 01557450

OFFENDER NAME: CARSON, Nathaniel

TDOC NUMBER: 00300079

## HEARING

fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

| INMATE PLED GUILT AND SIGNED CR3171 | N/A | N/A |
|---|---|---|
| Inmate Signature | Number | Date |

**Witness(es)for Offender**

N/A

**Witness(es) Against Offender**

WRITTEN STATEMENT

Written Statement(s) submitted: [ ] Yes [X] No

Written Statement(s) submitted: [X] Yes [ ] No

Form CR3510 completed: [ ] Yes [X] No

Form CR3510 received by disciplinary board [ ] Yes [X] No

OTHERS PRESENT: N/A

N/A

**STATEMENT OF ACCUSED:** INMATE PLED GUILTY AND SIGNED CR3171

**DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results)**
**INTERNAL AFFAIRS REPORT AVAILABLE:** [ ] Yes [✓] No
WRITTEN STATEMENT

signed CR 3171

**FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS**
INMATE PLED GUILTY AND SIGNED CR3171, INMATE FOUND GUITLY DUE TO THE PROPONDERANCE OF THE EVIDENCE/
WRITTEN REPORT. And Signed CR 3171

**DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION:** INMATE GUILTY OF A CLASS
B REFUSED CELL ASSIGNMENT, 20 DAYS PUNITIVE SEGREGATION, 2 MONTH COMMISSARY RESTRICTION, 9 MONTH
PACKAGE RESTRICTION, AND A $4.0 FINE, DUE TO INMATES PLEAD OF GUILTY ON 3171 ALONG WITH THE WRITTEN
STATEMENT AND THE PROPONDERANCE OF EVIDENCE.

**RECOMMENDATION OF LOSS OF:**

| Good/Honor Time [ ] | Good Conduct [ ] | | (Amount) |
|---|---|---|---|
| Incentive Time [ ] | Prisoner Performance Sentence Credits (PPSC) [ ] | | (Amount) |
| Prisoner Sentence Reduction Credits (PSRC) [ ] | | | (Amount) |

Disciplinary Board Chairperson/ Hearing Officer Signature

Date: 11. 10. 22

Member                    Date

Member                    Date

CR-1834 (Rev. 11-10)     White-Institution     Canary-Institution     Pink-Inmate     RDA-11085

Page 2 of 2 Pages

OFFENDER NAME:  CARSON, NATHANIEL
TOMIS ID:  00300079
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  AA1
CELL ID:  26

INCIDENT
    INCIDENT ID:  01557450
        INCIDENT DATE:  11/08/2022            INCIDENT TIME:  11:00:00
        INCIDENT TYPE:  REFUSED CELL ASSIGNMENT
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  REFUSED CELL ASSIGNMENT
        WEAPON USED:  NONE
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  MCDALA04
        REPORTED BY STAFF ID:  MCDALA04

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  MCDALA04
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00273024
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00277028
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00300079
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00361313
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00365963
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00388558
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00395501
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00419810
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00427701
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00448807
        PERSON TYPE:  O
        INJURED (Y/N):  N

TOMIS ID:  00300079        INCIDENT ID:  01557450
OFFENDER NAME:  CARSON, NATHANIEL

DESCRIPTION:
ON 11/8/22 AT APPROXIMATELY 1100 HOURS THE FOLLOWING INMATES STATED
THAT THEY COULD NOT LIVE ON THE COMPOUND IN GENERAL POPULATION. HOWARD
TDOC#273024, HOWARD TDOC#277028, CARSON TDOC#300079, SHARP
TDOC#361313, PRATHER TDOC#365963, KING TDOC#388558, SEAVOLT
TDOC#395501, XAYYASITH TDOC#419810, COPE TDOC#427701 AND DORSETT
TDOC#448807. THEREFORE I AM CHARGING THE SAID INMATES WITH REFUSING
CELL ASSIGNMENT.

PREPARED BY STAFF ID:  MCDALA04  MCDAVID, LARODERICK
REPORTED BY STAFF ID:  MCDALA04  MCDAVID, LARODERICK

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____          11/09/22  1620
OFFENDER SIGNATURE                        DATE/TIME
CARSON, NATHANIEL                                 00300079

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____          11/09/22  1620
EMPLOYEE INITIALS, IF REPORTING           DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TOMIS ID:  00300079      INCIDENT ID:  01557450
OFFENDER NAME:  CARSON, NATHANIEL

_McDavid_____     __11/6/22_____
REPORTING OFFICIAL                         DATE/TIME

_McDavid_____     __11/6/22_____
PREPARED BY                                DATE/TIME

_____     __11/9/22  0900____
REVIEWING DESIGNATED SUPERVISOR            DATE/TIME

IF PLACED IN SEGREGATION:


_____     _____
SENIOR SECURITY OFFICER                    DATE/TIME


_____     _____
WARDEN (SEGREGATION PENDING INVESTIGATION)  DATE/TIME

OFFENDER NAME:  CARSON, NATHANIEL
TOMIS ID:  00300079
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  AA1
CELL ID:  26

INCIDENT
    INCIDENT ID:  01560518
        INCIDENT DATE:  12/01/2022          INCIDENT TIME:  08:00:00
        INCIDENT TYPE:  REFUSED CELL ASSIGNMENT
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  REFUSED CELL ASSIGNMENT
        WEAPON USED:  NONE
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  MITCCH06
        REPORTED BY STAFF ID:  MITCCH06

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  MITCCH06
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00134866
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00139132
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00148056
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00241512
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00294186
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00300079
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00306427
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00330740
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00333149
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00361313
        PERSON TYPE:  O
        INJURED (Y/N):  N

```
     PERSON ID:  00365963
        PERSON TYPE:  O
        INJURED (Y/N):  N
     PERSON ID:  00367385
        PERSON TYPE:  O
        INJURED (Y/N):  N
     PERSON ID:  00368085
        PERSON TYPE:  O
        INJURED (Y/N):  N
     PERSON ID:  00376220
        PERSON TYPE:  O
        INJURED (Y/N):  N
     PERSON ID:  00397121
        PERSON TYPE:  O
        INJURED (Y/N):  N
```

```
BI01MGL                  TENNESSEE DEPARTMENT OF CORRECTION    DATE: 12/01/2022
TTCC                              T O M I S                    TIME: 10:59
MITCCH06                     DISCIPLINARY REPORT               PAGE:  03
```

TOMIS ID:  00300079        INCIDENT ID:  01560518
OFFENDER NAME:  CARSON, NATHANIEL

DESCRIPTION:
ON 12-1-2022 AT APPROXIMATELY 0800 HOURS THE FOLLOWING INMATES WERE
ASKED TO MOVE FROM SEGREGATION TO GENERAL POPULATION TO WHICH THEY ALL
HAD REFUSED. GODDARD 134866, BUSH 139132, RILEY 148056, KING 241512,
MARABLE 294186, CARSON 300079, OLIVE 306427, SPENCER 330740, HELTON
333149, SHARP 361313, PRATHER 365963, JOHNSON 367385, MARTIN 368085,
JONES 376220 AND BRUMBALOUGH 397121. THEREFORE ALL OF THE ABOVE STATED
INMATES ARE BEING CHARGED WITH REFUSAL OF CELL ASSIGNMENT.

PREPARED BY STAFF ID:  MITCCH06  MITCHELL, CHASITY
REPORTED BY STAFF ID:  MITCCH06  MITCHELL, CHASITY

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____          _____
OFFENDER SIGNATURE                        DATE/TIME
CARSON, NATHANIEL                                00300079

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____          _____
EMPLOYEE INITIALS, IF REPORTING           DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

```
BI01MGL              TENNESSEE DEPARTMENT OF CORRECTION    DATE: 12/01/2022
TTCC                        T O M I S                     TIME: 10:59
MITCCH06             DISCIPLINARY REPORT                   PAGE:  04
```

TOMIS ID:  00300079     INCIDENT ID:  01560518
OFFENDER NAME:  CARSON, NATHANIEL

_Mitchel_ _____    _12-1-22_ _____
REPORTING OFFICIAL                    DATE/TIME

_Mitchell_ _____   _12/1/22_ _____
PREPARED BY                           DATE/TIME

_Lt McDavid_ _____   _12/1/22_ _____
REVIEWING DESIGNATED SUPERVISOR       DATE/TIME

IF PLACED IN SEGREGATION:

_Mitchell_ _____   _____
SENIOR SECURITY OFFICER               DATE/TIME

_____  _____
WARDEN (SEGREGATION PENDING INVESTIGATION)   DATE/TIME

# TENNESSEE DEPARTMENT OF CORRECTION
## INAPPROPRIATE GRIEVANCE NOTIFICATION

TO: __N. Carson__     __300079__     __AA 12b__
    INMATE NAME (Printed)     TDOC NUMBER     HOUSING UNIT

FROM: __S/c Lopez__ , Grievance Chairperson     _____
                                                 Inmate TDOC Grievance Number

DATE: __12-29-22__

SUBJECT: __UNI__

**THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE.** Your Grievance is being returned to you due to the following reason(s):

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

**THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY.** Grievance forms not properly completed or contain insufficient information for processing shall be returned to the Inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you due to the following reason(s):

1. No specific details, i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.
2. You did not: a) Sign and date, and/or b) state your "Requested Solution"
3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501.01 VI.(C)(1)]
4. _____
   _____
   _____
   _____

*Reminder:*     *You have SEVEN CALENDAR DAYS FROM THE DATE THE INCIDENT OCCURRED to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to the Grievance Office for further processing immediately. If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.*

__S/c Lopez__
Grievance Chairperson

CR-3689 (Rev. 12-15)     *Duplicate as Needed*     RDA 2244



# TENNESSEE DEPARTMENT OF CORRECTION
## INMATE GRIEVANCE

Nathaniel Carson     300079     TTCC - AA
NAME        NUMBER        INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: My Eigth Amendment right(s) to the U.S. Constitution are continuously being violated through the deprivation of the following: access to any/all recreation time; finger and/or toe nail clippers; haircuts;

REQUESTED SOLUTION: To be provided the right(s) guaranteed to me, as an (cont.) inmate, by the U.S. Constitution; to be/remain free of retaliation for filing the grievance, or in the alternative, to be transferred.

Nathaniel Carson        12/2/22
Signature of Grievant           Date

==========================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____    _____    _____
Grievance Number      Date Received       Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____    _____
       New Due Date         Signature of Grievant

==========================================================

### INMATE GRIEVANCE RESPONSE

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____    CHAIRPERSON: _____

Do you wish to appeal this response?    _____ YES    _____ NO

If yes:   Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____    _____    _____
     GRIEVANT           DATE           WITNESS

Distribution Upon Final Resolution:

     White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)

CR-1394 (Rev. 3-00)           Page 1 of 2           RDA 2244



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**     **(continuation sheet)**

DESCRIPTION OF PROBLEM: shaving razors; cleaning supplies; and new bedding and/or clothing. I have not been provided any of these things my entire time in segregation, i.e. September 4, 2022. I have submitted all of the necessary forms required for these provisions, but have yet to receive a response from anyone.

Distribution Upon Final Resolution:

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)

OFFENDER NAME:  CARSON, NATHANIEL
TOMIS ID:  00300079
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  AA1
CELL ID:  26

INCIDENT
    INCIDENT ID:  01564396
        INCIDENT DATE:  12/28/2022              INCIDENT TIME:  08:00:00
        INCIDENT TYPE:  REFUSED CELL ASSIGNMENT
        DISCIPLINARY CLASS:
        INFRACTION TYPE:  REFUSED CELL ASSIGNMENT
        WEAPON USED:  NONE
        VIOLENCE COMMITTED:  NO VIOLENCE
        PREPARED BY STAFF ID:  MITCCH06
        REPORTED BY STAFF ID:  MITCCH06

WITNESSES/VICTIMS/PERSONS INVOLVED
    PERSON ID:  MITCCH06
        PERSON TYPE:  S
        INJURED (Y/N):  N
    PERSON ID:  00106463
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00148056
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00241512
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00300079
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00330740
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00333149
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00361313
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00365963
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00367385
        PERSON TYPE:  O
        INJURED (Y/N):  N
    PERSON ID:  00368085
        PERSON TYPE:  O
        INJURED (Y/N):  N

```
PERSON ID:  00376220
   PERSON TYPE:  O
   INJURED (Y/N):  N
PERSON ID:  00397121
   PERSON TYPE:  O
   INJURED (Y/N):  N
PERSON ID:  00415279
   PERSON TYPE:  O
   INJURED (Y/N):  N
PERSON ID:  00419810
   PERSON TYPE:  O
   INJURED (Y/N):  N
PERSON ID:  00444934
   PERSON TYPE:  O
   INJURED (Y/N):  N
```

```
TOMIS ID:  00300079        INCIDENT ID:  01564396
OFFENDER NAME:  CARSON, NATHANIEL
```

DESCRIPTION:
ON 12-28-2022 AT APPROXIMATELY 0800 HOURS THE FOLLOWING INMATES WERE
ASKED TO MOVE FROM SEGREGATION TO GENERAL POPULATION, TO WHICH THEY
ALL REFUSED. INMATES NORMAN 106463, RILEY 148056, KING 241512, CARSON
300079, SPENCER 330740, HELTON 33149, SHARP 361313, PRATHER 365963,
JOHNSON 367385, MARTIN 368085, JONES 376220, BRUMBALOUGH 397121,
OVERBAY 415279, XAYYASITH 419810, AND LEGON 444934. THEREFORE ALL OF
THE ABOVE STATED INMATES ARE BEING CHARGED WITH REFUSAL OF CELL
ASSIGNMENT.

```
PREPARED BY STAFF ID:  MITCCH06  MITCHELL, CHASITY
REPORTED BY STAFF ID:  MITCCH06  MITCHELL, CHASITY
```

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____          12/30/22 02/2
OFFENDER SIGNATURE                         DATE/TIME
CARSON, NATHANIEL                                00300079

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____          12/30/22 0212
EMPLOYEE INITIALS, IF REPORTING            DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

TOMIS ID:  00300079      INCIDENT ID:  01564396
OFFENDER NAME:  CARSON, NATHANIEL

_____          _____
REPORTING OFFICIAL                          DATE/TIME

_____          _____
PREPARED BY                                 DATE/TIME

_____          _____
REVIEWING DESIGNATED SUPERVISOR             DATE/TIME

IF PLACED IN SEGREGATION:

_____          _____
SENIOR SECURITY OFFICER                     DATE/TIME


_____          _____
WARDEN (SEGREGATION PENDING INVESTIGATION)  DATE/TIME



TENNESSEE DEPARTMENT OF CORRECTION

## DISCIPLINARY REPORT HEARING SUMMARY

TTCC / AA126
INSTITUTION (TOMIS SITE ID)

#01564396
DISCIPLINARY INCIDENT NUMBER

OFFENDER NUMBER: #00300079

INMATE NAME (LAST) (14 characters) _Carson_          FIRST (10 characters) _Nathaniel_          MI

ADVISOR NUMBER: #00312505

INMATE ADVISOR NAME (LAST) (14 characters) _Young,_          FIRST (10 characters) _Timothy_          MI

DATE OF HEARING
MO _12_   DAY _30_   YEAR _22_   TIME _1045_

PLACE OF HEARING
INSTITUTION _TTCC_

INMATE'S PLEA
GUILTY - (Y)   NOT GUILTY - N   _Y_

### COMMITTEE DECISION

GUILTY - (Y)   NOT GUILTY – N   _Y_          APPEALED – Y   NOT APPEALED – (N)   _N_

DISCIPLINARY ACTION DATE (MONTH, DAY, YEAR) _12.30.22_

CLASS OF INFRACTION (A, B, or C) _B (RCA)_

PROBATION END DATE (MONTH, DAY, YEAR)

ENTERED BY _Young Nay 123022_   DATE          VERIFIED BY          DATE

## PRELIMINARY INQUIRY

1. **WAIVERS**
   a. I agree to waive the right to 24-hour notice. ☑ Yes ☐ No
      _X I/m signed a CR3171_ Inmate Signature   Number _300079_   Date _12.30.22_
   b. I agree to waive the right to have the reporting official present. ☑ Yes ☐ No
      _X I/m signed a CR3171_ Inmate Signature   Number _300079_   Date _12.30.22_
   c. I agree to waive the right to call witness (es) on my behalf. ☑ Yes ☐ No
      _X I/m signed a CR3171_ Inmate Signature   Number _300079_   Date _12.30.22_

2. **CONTINUANCE:**
   a. Was case previously continued? ☐ Yes ☑ No
   b. If yes, when and at whose request? _____

3. **CUSTODY PENDING HEARING:**
   a. Was inmate held in segregation/more restrictive setting pending hearing? ☑ Yes ☐ No
   b. If yes, when was he/she placed in segregation? _12.28.22_

4. When was inmate given offense citation? _12.30.22_

5. Is inmate represented by inmate advisor? ☑ Yes ☐ No          By staff advisor? ☐ Yes ☑ No

6. Has inmate or inmate advisor had adequate time to prepare defense? ☑ Yes ☐ No

TTCC /AA126                                      #0156439 6
INSTITUTION (TOMIS SITE ID)                     DISCIPLINARY INCIDENT NUMBER

OFFENDER NAME: Carson, Nathaniel          TDOC NUMBER: DO 300079

**HEARING**

I fully understand that by entering a plea of guilty to the aforementioned charge(s), I am waiving my right to call witness(es) and present evidence on my behalf, must accept whatever punishment is imposed, and will not be allowed to appeal.

I'm signed a CR3171                                          N/A
Inmate Signature                                             Date

**Attach CR3171 Agreement to Plead Guilty and Waiver of Disciplinary Hearing and Due Process Rights**

Witness(es) for Offender                        Witness(es) Against Offender
N/A                                             Written Statement

Written Statement(s) submitted: ☐ Yes ☒ No      Written Statement(s) submitted: ☒ Yes ☐ No
                                                Form CR3510 completed: ☐ Yes ☒ No
                                                Form CR3510 received by disciplinary board: ☐ Yes ☒ No

OTHERS PRESENT:     N/A                                   N/A

STATEMENT OF ACCUSED: Offender pled guilty by signing a CR3171.

DESCRIPTION OF PHYSICAL EVIDENCE INTRODUCED (Attach all test results)
INTERNAL AFFAIRS REPORT AVAILABLE: ☐ Yes ☒ No
Written Statement
Signed CR3171

FINDINGS OF FACT AND SPECIFIC EVIDENCE RELIED UPON TO SUPPORT THOSE FINDINGS: The DHO
Relied on the proponderance of evidence: Written Statement
and Signed CR3171.

DISPOSITION AND A STATEMENT OF REASONS WHICH SUPPORTS THAT DECISION: Based on the
evidence presented, the offender is guilty of Refused Cell Assignment.
Class B $4 Fine, 9 months Package Restriction, 20 Days Punitive
Segregation, and 2 month loss of commissary.

RECOMMENDATION OF LOSS OF:
Good/Honor Time ☐   Good Conduct ☐                (Amount) _____
Incentive Time ☐    Prisoner Performance Sentence Credits (PPSC) ☐   (Amount) _____
Prisoner Sentence Reduction Credits (PSRC) ☐      (Amount) _____

_____                 12 /30 /22
Disciplinary Board Chairperson/Hearing Officer Signature    Date

_____                 _____
Member                                          Date

_____                 _____
Member                                          Date

Case 3:23-cv-00307    Document 1    Filed 04/07/23    Page 72 of 99    PageID #: 72

AA126

# TENNESSEE DEPARTMENT OF CORRECTIONS
## AGREEMENT TO PLEAD GUILTY
### AND
### WAIVER OF DISCIPLINARY HEARING AND DUE PROCESS RIGHTS

Inmate Name: _Carson, Nathaniel_    TDOC Number: _W300079_

Having been in violation of the rules as follows:

Disciplinary Docket Number: _015043396_

Offenses and Category: _____ REFUSED CELL ASSIGNMENT

CLASS B, $4 FINE, 20 DAYS PUNITIVE SEG, 2 MONTHS COMMISSARY RESTRICTION

9 MONTH PACKAGE RESTRICTION

I admit I violated the above listed rule(s) and agree to plead guilty and accept whatever punishment the disciplinary board may impose. In making this agreement, I understand that I am waiving the following rights:

    1  The right to personally appear before the disciplinary board.
    2  The right to plead not guilty and to have the case against me proven by a
       preponderance of evidence.
    3  The right to present my own version of the facts.
    4  The right to call witnesses in my own behalf.

I am signing this agreement of my own free will and under no threat or coercion to do so. I understand that by signing this agreement, I must accept whatever punishment the disciplinary board may impose and will not be allowed to appeal.

_Nathan Carson_                          _12/30/22_
        Inmate Signature                          Date

_A. _____                            _12.30.22_
        Staff Witness                             Date

_____                          _12.30.22_
   Disciplinary Board Chairperson                 Date

CARSON Nathaniel



TENNESSEE DEPARTMENT OF CORRECTION
TRUST FUND ACCOUNT
PERSONAL WITHDRAWAL REQUEST

TR
INSTITUTION

$ 4.00

DATE: 12. 80. 22

PLEASE DEDUCT THE FOLLOWING AMOUNT FROM MY ACCOUNT:

FOUR AND NOUENTES 00/100                    DOLLARS

THIS CHECK IS TO BE MAILED TO:

TN General Fund

_____ NAME
_____ STREET ADDRESS
_____ CITY, STATE, ZIP

THE PURPOSE OF THIS WITHDRAWAL IS:

Class B Fgntes RCM # 01524394

X Nathaniel Carson                    300079
INMATE SIGNATURE                      INMATE #

Building: _____

Room #:  AA
              12C

WITNESSED: _____

APPROVED: ☑ YES   ☐ NO

REASON FOR DENIAL: _____

_____            1/9/23
WARDEN / DIRECTOR DESIGNEE          DATE

CR-2727 (Rev. 6-02)    White-Inmate    Canary-Trust Fund Office

```
BI01MGL              TENNESSEE DEPARTMENT OF CORRECTION    DATE: 01/21/2023
TTCC                         T O M I S                     TIME: 14:48
MCDALA04                 DISCIPLINARY REPORT               PAGE:  01


OFFENDER NAME:  CARSON, NATHANIEL
TOMIS ID:  00300079
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  AA1
CELL ID:  26

INCIDENT
   INCIDENT ID:  01567608
      INCIDENT DATE:  01/21/2023          INCIDENT TIME:  14:00:00
      INCIDENT TYPE:  REFUSED CELL ASSIGNMENT
      DISCIPLINARY CLASS:
      INFRACTION TYPE:  REFUSED CELL ASSIGNMENT
      WEAPON USED:  NONE
      VIOLENCE COMMITTED:  NO VIOLENCE
      PREPARED BY STAFF ID:  MCDALA04
      REPORTED BY STAFF ID:  MCDALA04

WITNESSES/VICTIMS/PERSONS INVOLVED
   PERSON ID:  MCDALA04
      PERSON TYPE:  S
      INJURED (Y/N):  N
   PERSON ID:  00106463
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00256569
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00300079
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00330740
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00336058
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00376220
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00395445
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00397121
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00580498
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00581680
      PERSON TYPE:  O
      INJURED (Y/N):  N
```

TOMIS ID:  00300079      INCIDENT ID:  01567608
OFFENDER NAME:  CARSON, NATHANIEL

DESCRIPTION:
ON 1/21/23 AT APPROXIMATELY 1400 HOURS, THE FOLLOWING OFFENDERS WERE
GIVEN THE OPPORTUNITY TO RETURN TO GENERAL POPULATION FROM RHU AND
REFUSED, MACCALLUM JR TDOC#580498, BUSH TDOC#581680, NORMAN
TDOC#106463, WILLIAMS TDOC#256569, CARSON TDOC#300079, SPENCER
TDOC#330740, WRIGHT TDOC#336058, JONES TDOC#376220, HEFNER TDOC#395445
AND BRUMBALOUGH TDOC#397121. THEREFORE I AM CHARGING THE SAID INMATES
WITH REFUSING CELL ASSIGNMENT.

PREPARED BY STAFF ID:  MCDALA04  MCDAVID, LARODERICK
REPORTED BY STAFF ID:  MCDALA04  MCDAVID, LARODERICK

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.

_____          _____
OFFENDER SIGNATURE                         DATE/TIME
CARSON, NATHANIEL                               00300079

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.

_____          _____
EMPLOYEE INITIALS, IF REPORTING            DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

Case 3:23-cv-00307  Document 1  Filed 04/07/23  Page 76 of 99 PageID #: 76

BI01MGL              TENNESSEE DEPARTMENT OF CORRECTION    DATE: 01/21/2023
TTCC                       T O M I S                     TIME: 14:48
MCDALA04                DISCIPLINARY REPORT         PAGE:  03

TOMIS ID:  00300079      INCIDENT ID:  01567608
OFFENDER NAME:  CARSON, NATHANIEL

_____          _____
REPORTING OFFICIAL                         DATE/TIME

_____          _____
PREPARED BY                                DATE/TIME

_____          _____
REVIEWING DESIGNATED SUPERVISOR            DATE/TIME

IF PLACED IN SEGREGATION:

_____          _____
SENIOR SECURITY OFFICER                    DATE/TIME

_____          _____
WARDEN (SEGREGATION PENDING INVESTIGATION)   DATE/TIME

Carson, Nathaniel



# TENNESSEE DEPARTMENT OF CORRECTION
## TRUST FUND ACCOUNT
## PERSONAL WITHDRAWAL REQUEST

_TTCC_
INSTITUTION

$ 4.00

DATE: 1/24/23

PLEASE DEDUCT THE FOLLOWING AMOUNT FROM MY ACCOUNT:

Four 00/100 _____ DOLLARS

THIS CHECK IS TO BE MAILED TO:

TN Gen Fund

_____ NAME

_____ STREET ADDRESS

_____ CITY, STATE, ZIP

THE PURPOSE OF THIS WITHDRAWAL IS:

Class B (RCA) #0156076.08

_Nathan Carson_
INMATE SIGNATURE

300079
TDOC ID

Building: AA

Room #: 126

WITNESSED: C/m Barbra Schuler

APPROVED: ☐ YES  ☐ NO

REASON FOR DENIAL: _____

WARDEN / SUPERINTENDENT / DIRECTOR / DESIGNEE

2-8-23
DATE

CR-2727 (Rev. 9-19)          Duplicate As Needed

# TWO WAY MESSAGE

TO _____ A/W Norman _____ FROM ___ N. Carson ___

_____ #300079

_____ AA-128

SUBJECT: Transfer request          DATE  2/8/23

I have been in Unit AA since Sept of 2022. My family has been in constant contact with RMSI officials and from my understanding they have agreed to accept me at their prison but they're waiting for this (TTCC) prison to send me.

SIGNED Matthew Carson

DATE:                    SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

# TWO WAY MESSAGE



TO _Class. Conf._
_Mrs. Crawford_

FROM _N. Carson_
_#300079_
_AA-126_

SUBJECT: _Transfer request_     DATE _2/08/23_

My family has been in contact with R·M·S·I and I am under the assumption that they have agreed to accept me there. I have been in Unit AA since Sept. 2022 and R·M·S·I has CRIP available as well.

Thank you.

SIGNED _Nathaniel Carson_

DATE:     SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

# TWO WAY MESSAGE

TO _TTCC Administration_          FROM _N. Carson_

_c/o Warden, et al._          _#300079_

_AA-126_

SUBJECT: _Admin. P/c inquiry_          DATE _2/13/23_

I was attacked and robbed in Sept. of 2022, and have been in segregation Unit AA on an ongoing RCA status. I have not received any information about my incident and I am contemplating a release from segregation. Would it be possible to be placed on Administrative Protective Custody since no conclusion(s) have been reached in my situation?

SIGNED _Nathan Carson_

DATE:          SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

# TWO WAY MESSAGE



TO _Classification Coordinator_    FROM _N. Carson_

_Mrs. Crawford_      _#300079_

_A A-126_

SUBJECT: _Transfer request_      DATE _2/13/23_

I have been at TTCC since June of 2022, but I have been in Unit AA on RCA since September of 2022. My family has been in contact with TDOC and RMSI administrators regarding a transfer, so they are waiting for TTCC to transfer me. RMSI also offers CBIP, that I can not take here at TTCC on RCA status.

SIGNED _Nathan Carson_

DATE:      SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

# TWO WAY MESSAGE



TO _Trust Fund_          FROM _N. Carson_

_#3009_

_A·A-136_

SUBJECT: _6 month print-out_          DATE _2/13/23_

I need a copy of my "six month ~~the~~ trust Fund transaction" print-out for the mailing and/or Filing of my legal material/work. I can't get the actual form from the legal library.

Thank you.

SIGNED _Arthur Carson_

DATE:          SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

```
OFFENDER NAME:  CARSON, NATHANIEL
TOMIS ID:  00300079
INSTITUTION NAME:  TROUSDALE TURNER CORRECTIONAL CENTER
UNIT ID:  AA1
CELL ID:  26

INCIDENT
   INCIDENT ID:  01570646
      INCIDENT DATE:  02/14/2023          INCIDENT TIME:  19:00:00
      INCIDENT TYPE:  REFUSED CELL ASSIGNMENT
      DISCIPLINARY CLASS:
      INFRACTION TYPE:  REFUSED CELL ASSIGNMENT
      WEAPON USED:  NONE
      VIOLENCE COMMITTED:  NO VIOLENCE
      PREPARED BY STAFF ID:  WATWBR01
      REPORTED BY STAFF ID:  MCDALA04

WITNESSES/VICTIMS/PERSONS INVOLVED
   PERSON ID:  MCDALA04
      PERSON TYPE:  S
      INJURED (Y/N):  N
   PERSON ID:  00300079
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00303449
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00311855
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00330740
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00336058
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00361313
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00365450
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00467737
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00483149
      PERSON TYPE:  O
      INJURED (Y/N):  N
   PERSON ID:  00532150
      PERSON TYPE:  O
      INJURED (Y/N):  N
```

TOMIS ID:  00300079      INCIDENT ID:  01570646
OFFENDER NAME:  CARSON, NATHANIEL

DESCRIPTION:
 ON FEBRUARY 14, 2023 AT APPROXIMATELY 1700 THE FOLLOWING INMATES WERE
 ASKED TO RETURN TO GENERAL POPULATION AND REFUSED TO DO SO: CRANMORE
 467737, SCOTT 483149, BONSKY 532150, MURPHY 540050, O'NEAL 555653,
 MUNDY 570133, SMITH 582289, WATISON 591583, CARSON 300079, DEAN
 303449, MCNEIL 311855, SPENCER 330740, WRIGHT 336058, SHARP 361313 AND
 OAKS 365450. THEREFORE THEY ARE BEING ISSUED A DISCIPLINARY FOR
 REFUSING A CELL ASSIGNMENT.

 PREPARED BY STAFF ID:  WATWBR01  WATWOOD, BRANDON
 REPORTED BY STAFF ID:  MCDALA04  MCDAVID, LARODERICK

I HAVE BEEN GIVEN A COPY OF THIS REPORT AND HAVE BEEN TOLD ABOUT MY LIMITED
RIGHT TO REMAIN SILENT AND TO BE REPRESENTED BY AN OFFENDER ADVISOR.


_____          _____
OFFENDER SIGNATURE                        DATE/TIME
CARSON, NATHANIEL                             00300079

OFFENDER WAS GIVEN COPY OF REPORT AND ADVISED OF RIGHTS BUT REFUSED TO
SIGN REPORT.


_____          _____
EMPLOYEE INITIALS, IF REPORTING           DATE/TIME
EMPLOYEE; OTHERWISE, FULL NAME.

```
TOMIS ID:  00300079        INCIDENT ID:  01570646
OFFENDER NAME:   CARSON, NATHANIEL
```

_____          2/15/05
REPORTING OFFICIAL                        DATE/TIME

_____          2/15/23   1645
PREPARED BY                               DATE/TIME

_____          2/15/23   1645
REVIEWING DESIGNATED SUPERVISOR           DATE/TIME

IF PLACED IN SEGREGATION:


_____          _____
SENIOR SECURITY OFFICER                   DATE/TIME


_____          _____
WARDEN (SEGREGATION PENDING INVESTIGATION)   DATE/TIME

# TWO WAY MESSAGE



TO _CMO (contract Moniter of Operations)_  FROM _N. Carson_

_# 300079_

_AA-126_

SUBJECT: _Admin. P/C &/or Transfer inquiry_     DATE _2/20/23_

I have been in segregation on an ongoing RCA status since I was attacked and robbed in Sept. of 2022, where I received outside medical attention. A/W Norman initiated an investigation but I have not been notified of any conclusive results being determined. I am now inquiring into the possibility of being placed on Administrative P/C &/or Transferred, because I want to be restored my privileges without fear of a future attack. I should be punished for wanting to be safe.

SIGNED _Nathaniel Carson_

DATE:

SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.





TENNESSEE DEPARTMENT OF CORRECTION
TRUST FUND ACCOUNT
PERSONAL WITHDRAWAL REQUEST

50368

TTCC
_____
INSTITUTION

$ 162.89 _____    DATE: 7/20/22

PLEASE DEDUCT THE FOLLOWING AMOUNT FROM MY ACCOUNT:

One Hundred Sixty Two & 89/100 _____ DOLLARS

THIS CHECK IS TO BE MAILED TO:

Access Securepak (TN) _____ NAME
10880 Linpage Place _____ STREET ADDRESS
St. Louis, MO 63132 _____ CITY, STATE, ZIP

THE PURPOSE OF THIS WITHDRAWAL IS:

July package order

_____
INMATE SIGNATURE          300079
Nathaniel Carson          TDOC ID

Nathaniel Carson     Building:     FC

                     Room #:       128

                                   BB127B

WITNESSED: _Sgt Tayh_____

APPROVED: ☑ YES  ☐ NO

REASON FOR DENIAL:

Your check will be mailed 8/4/22

_____              7/22/22
WARDEN / SUPERINTENDENT / DIRECTOR / DESIGNEE      DATE

CR-2727 (Rev. 9-19)          Duplicate As Needed

 **TN** Department of **Correction**

 MEMO

**TO:** **Nathaniel Carson #300079**
        **TTCC**

**FROM:** **Lee Dotson** *LD/Dm*
          **Assistant Commissioner of Prisons**

**DATE:** **December 22, 2022**

**SUBJECT:** **Grievance Correspondence**

**Please follow TDOC Policy 501.01 (Inmate Grievance Procedures) to file your grievances with the Assistant Commissioner of Prisons. There will be no review of your allegation(s) until the grievance policy is followed. The chairperson shall ensure that the Assistant Commissioner of Prisons receives one legible copy of all pertinent written materials and information, including committee hearing minutes. Please see page 9 Third Level Review of the TDOC Inmate Grievance Procedures Handbook for clarity.**

**LD/BB**

Department of Correction • 6th Floor Rachel Jackson Building • 320 Sixth Avenue North •
Nashville, TN 37243 • Tel: 615-253-8180 • Fax: 615-253-1668 • tn.gov/Correction
Case 3:23-cv-00307   Document 1   Filed 04/07/23   Page 89 of 99 PageID #: 89

*Emergency*



## TENNESSEE DEPARTMENT OF CORRECTION
## <u>INMATE GRIEVANCE</u>

Nathaniel Carson     300079     TTCC - AA
NAME          NUMBER          INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: As of the evidence being presented along with this emergency grievance, it is clear that my First Amendment right "to petition the Government for a redress of grievances" (cont.)

REQUESTED SOLUTION: That the prison official(s) responsible for the disappearance of my Oct. clothing package be prosecuted for "theft" and/or "fraud"; that I be free of retaliation for grieving; and be transferred immediately.

_Nathaniel Carson_          _12/3/22_
Signature of Grievant          Date

=====================================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____    _____    _____
Grievance Number        Date Received        Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____     _____
         New Due Date             Signature of Grievant

=====================================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____    CHAIRPERSON: _____

Do you wish to appeal this response?    _____ YES    _____ NO

If yes: Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____    _____    _____
GRIEVANT            DATE            WITNESS

Distribution Upon Final Resolution:

*Emergency*

**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE** (continuation sheet)

DESCRIPTION OF PROBLEM: is being violated, along with my Fourth, Fifth, Eighth and Fourteenth Amendment rights of the U. S. Const.

My Level I grievance, pertaining to the "disappearance" of my Oct. Access clothing package, was submitted on 11/1/22 and deemed "inappropriate" for unrelated reasons on 11/21/22, but I did not receive the notification until 12/3/22 at approximately 8:30 a.m.

In accordance with TDOC policy # 501.01 (VI) (c) and (D), I filed my Level II grievance on the same subject-matter and on 11/1/22, but it too was deemed "inappropriate" for unrelated reasons and dated for 11/21/22. And I also received the notification on 12/3/22 at approximately 8:30 a.m.

Nevertheless, I remain compliant with TDOC policy # 501.01 (VI) (c) (3) and (D), by moving the grievance "to the next stage of the process" "within five calendar days of receipt of [Level II]", because re-submission would be unsuccessful due 501.01 (VI) (c) (1) and previous attempts.

This is my second set of grievances filed in this manner where I have had to undergo a loss of personal property at this facility alone since September 2022, but if no one is following policy and/or being held accountable, then what's the purpose of corrections.



TENNESSEE DEPARTMENT OF CORRECTION
**INAPPROPRIATE GRIEVANCE NOTIFICATION**

*I rec'eiv'd on 12/3/22 @ 8:30 am*

TO: _Nathaniel Carson_ ___300009___ __AA-126__
     INMATE NAME (Printed)        TDOC NUMBER        HOUSING UNIT

FROM: _S/c Lopez_ , Grievance Chairperson
                                    _____
                                    Inmate TDOC Grievance Number

DATE: _11/21/22_

SUBJECT: _PRO_

---

**THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE.** Your Grievance is being returned to you due to the following reason(s):

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]
2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]
3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]
4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]
5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]
6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]
7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]
8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]
9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]
10. Mail rejection. [Policy #501.01 VI.(H)(10)]
11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of the same or similar incident. [Policy #501.01 VI.(I)(1)]
12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]
13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]
14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

---

**THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY.** Grievance forms not properly completed or contain insufficient information for processing shall be returned to the Inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you due to the following reason(s):

1. No specific details, i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.
2. You did not: a) Sign and date, and/or b) state your "Requested Solution"
3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501.01 VI.(C)(1)]
4. _____
   _____
   _____
   _____

*Reminder:* **You have SEVEN CALENDAR DAYS _FROM THE DATE THE INCIDENT OCCURRED_ to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to the Grievance Office for further processing immediately. If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.**

                                    _S/c Lopez_
                                    Grievance Chairperson



# TENNESSEE DEPARTMENT OF CORRECTION
## <u>INMATE GRIEVANCE</u>

Nathaniel Carson                    300029                    TTcc - AA
NAME                                NUMBER                    INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: I never received my October Access clothing package, which was purchased from my Inmate Trust Fund Account in between July 20, 2022 and August 4, 2022.

REQUESTED SOLUTION: That any prison personnel responsible for the disappearance of my property be prosecuted for "Fraud" and/or "Theft"; that I remain free of retaliation; and that I be transferred to another facility.

Nathaniel Carson                                              11/1/22
Signature of Grievant                                         Date

=========================================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____          _____          _____
Grievance Number           Date Received              Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____          _____
                      New Due Date                Signature of Grievant

=========================================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

_____

DATE: _____          CHAIRPERSON: _____

Do you wish to appeal this response?          _____ YES          _____ NO

If yes:    Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____          _____          _____
GRIEVANT                           DATE                        WITNESS

Distribution Upon Final Resolution:

White - Inmate Grievant    Canary – Warden    Pink – Grievance Committee    Goldenrod – Commissioner (if applicable)



TENNESSEE DEPARTMENT OF CORRECTION

**INAPPROPRIATE GRIEVANCE NOTIFICATION**

*I rec'eiv'd on 12/3/22 @ 8:30 am*

TO: _Nathaniel Carlson_    _300079_    _AA-126_
    INMATE NAME (Printed)      TDOC NUMBER       HOUSING UNIT

FROM: _S/o Lopez_ ,    Grievance Chairperson

                                       Inmate TDOC Grievance Number

DATE: _11/21/22_

SUBJECT: _IPP_

---

**THIS GRIEVANCE IS INAPPROPRIATE TO THE GRIEVANCE PROCEDURE.** Your Grievance is being returned to you due to the following reason(s):

1. Disciplinary matters are inappropriate to the Grievance Procedure. [Policy #501.01 VI.(H)(1)]

2. Appealing decisions or actions of any agency outside the Tennessee Department of Correction (TDOC) is inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(2)]

3. Classification matters/institutional placement are inappropriate to Grievance Procedure. [Policy #501.01 VI.(H)(3)]

4. Appealing or seeking review of sentence credits. [Policy #501.01 VI.(H)(4)]

5. Grievance Procedure cannot award monetary compensation for injuries or property loss. [Policy #501.01 VI.(H)(5)]

6. Addressing questions regarding sentence structures. [Policy #501.01 VI.(H)(6)]

7. Visitor's behavior which results in disciplinary action. [Policy #501.01 VI.(H)(7)]

8. A diagnosis by medical professionals and medical co-pay is inappropriate. [Policy #501.01 VI.(H)(8)]

9. Security Threat Group (STG) Placement. [Policy #501.01 VI.(H)(9)]

10. Mail rejection. [Policy #501.01 VI.(H)(10)]

11. You have already filed a grievance on this issue. Inmates shall not be permitted to submit more than one grievance arising out of same or similar incident. [Policy #501.01 VI.(I)(1)]

12. Abuse of Grievance Procedure. You can only have one grievance pending at Level 1 for review. [Policy #501.01 VI.(I)(2)]

13. Profanity, insults, and racial slurs, unless an alleged direct quote of another party, shall not be permitted. Threats may result in disciplinary action. [Policy #501.01 VI.(I)(3)]

14. Grievances must be filed within seven calendar days of the occurrence giving rise to the grievance. A complaint shall not address multiple issues. [Policy #501.01 VI.(C)(1)]

---

**THIS GRIEVANCE IS UNABLE TO BE PROCESSED DUE TO YOU NOT FOLLOWING POLICY.** Grievance forms not properly completed or contain insufficient information for processing shall be returned to the Inmate with instructions as to proper completion. [Policy #501.01 VI.(C)(1)] Your grievance is being returned to you due to the following reason(s):

1. No specific details, i.e. dates, times, names of persons involved as mandated in *Inmate Grievance Handbook*, Page 7, First Level of Review.

2. You did not: a) Sign and date, and/or b) state your "Requested Solution"

3. Grievance shall be submitted on Form CR-1394 pages 1 and 2. All copies must be legible and in tact. [Policy #501.01 VI.(C)(1)]

4. _____

    _____

    _____

    _____

---

*Reminder:*   You have **SEVEN CALENDAR DAYS** <u>**FROM THE DATE THE INCIDENT OCCURRED**</u> to submit a grievance. If you are still interested in filing this grievance, please make the necessary corrections and return to the Grievance Office for further processing immediately. If you would like to appeal this response, sign the bottom of your grievance, check "yes" then date it and place (with this coversheet) back in the grievance box.

                                      _S/o Lopez_
                                        Grievance Chairperson



**TENNESSEE DEPARTMENT OF CORRECTION**

**INMATE GRIEVANCE**

_Nathaniel Carson_                    300079                    _TTCC-AA_
NAME                                  NUMBER                    INSTITUTION & UNIT

DESCRIPTION OF PROBLEM: _I have not received the "required response" within the "seven working-day time limit at Level I", as per TDOC policy #501.01 (II) (C) (i) and (D), about my missing Oct. Access clothing package._

REQUESTED SOLUTION: _That any/all prison official(s) involved with the ~~disapp~~ disappearance of my property be prosecuted for "theft" and/or "fraud"; and that I remain free from retaliation for writing this grievance._

_Nathaniel D. Carson_                    _11/11/22_
Signature of Grievant                    Date

=========================================================================

*TO BE COMPLETED BY GRIEVANCE CLERK*

_____        _____        _____
Grievance Number        Date Received          Signature Of Grievance Clerk

INMATE GRIEVANCE COMMITTEE'S RESPONSE DUE DATE: _____

AUTHORIZED EXTENSION: _____        _____
                      New Due Date            Signature of Grievant

=========================================================================

**INMATE GRIEVANCE RESPONSE**

Summary of Supervisor's Response/Evidence: _____

_____

_____

Chairperson's Response and Reason(s): _____

_____

_____

DATE: _____        CHAIRPERSON: _____

Do you wish to appeal this response?        _____ YES        _____ NO

If yes:    Sign, date, and return to chairman for processing within five (5) days of receipt of first-level response.

_____        _____        _____
GRIEVANT                        DATE                   WITNESS

Distribution Upon Final Resolution:

White - Inmate Grievant   Canary – Warden   Pink – Grievance Committee   Goldenrod – Commissioner (if applicable)
CR-1394 (Rev. 3-00)                                                                                        RDA 2244
Case 3:23-cv-00307   Document 1   Filed 04/07/23   Page 95 of 99 PageID #: 95
Page 1 of 2



**RECEIPT** DATE 3/1/2023 No. 612950

RECEIVED FROM Access Secure Pay $ 155.13

One hundred fifty five ———————— 13/100 DOLLARS

○ FOR RENT
☑ FOR Nathaniel Carson # 300079

| ACCOUNT | |
|---|---|
| PAYMENT | |
| BAL. DUE | |

○ CASH
☑ CHECK
○ MONEY ORDER
○ CREDIT CARD

Check

FROM _____ TO _____

BY J. Ardo

3-11

http://10.10.166.26:8082/Xhtml?JacadaApplicationName=ETOMIS&SessionId=-638227676&ProcessId=4...  3/1/2023

**TWO WAY MESSAGE**

TO _u/m Cherry_  FROM _N. Carson_
_#300079_
_BA-103_

SUBJECT: _Notarized 6-mth. Trust printout_  DATE _3/8/23_

Can you please send me a notarized six month transaction printout of my trust fund, so that I can mail with my legal paperwork.

Thank you.

SIGNED _Nathann Carson_

DATE:  SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

# TWO WAY MESSAGE

TO _Trust Fund personnel_    FROM _N. Carson_
_____      _#300079_
_____      _BA·229_

SUBJECT: _6-month trust / Notarized_    DATE _3/21/23_

_I am requesting a print-out of my six month trust Fund/notarized transactions, so that I can attach it to my legal filings in court. I have been unable to obtain the appropriate form(s) from the legal library material request system._

_Thank you._

SIGNED _Nathan Carson_

DATE:    SIGNED

GS-0747 (Rev. 9-91)

SENDER: DETACH LAST COPY AND FILE FOR FOLLOW UP.

N. Carson #300079
140 Macon Way
Hartsville, TN 37074

PRIVILEGED LEGAL MAIL

CERTIFIED MAIL®

7022 2410 0000 6022 2594

RECEIVED
APR 0 7 2023
U.S. District Court
Middle District of TN

Clerk of Court
U.S. District Court
for the
Middle District
of
Tennessee
719 Church St.
Nashville, TN 37203



US POSTAGE — PITNEY BOWES

ZIP 37074
02 4W
0000363323 APR 03 2023

$017.30°

